# EXHIBIT 2

bradley-s-cohen on HubPages
Case 2:12-cv-01401-JCM-PAL   Document 1-4   Filed 08/08/12   Page 2 of 2
Page 1 of 1

flag this profile    Follow (0)

# bradley-s-cohen

Bradley Cohen's company, Cohen Asset Management, purports to be a private real estate investment firm that seeks to attract high net worth individual and foreign institutional investors. With hundreds of millions of dollars in complex financial transactions and loans between numerous companies and investors, how can investors guard against a Ponzi scheme or fraud?

Hubtivity

See more of bradley-s-cohen's Hubtivity »