# EXHIBIT 3

Case 2:12-cv-01401-JCM-PAL Document 1-5 Filed 08/08/12 Page 2 of 26

# Bradley S. Cohen's Investors Lose Tens of Millions of Dollars

While Cohen lives a life of glamour and luxury

## Is Bradley S. Cohen the Next Bernie Madoff?

**The alarming similarities between these two investment firm founders**

BRADLEY S COHEN

BERNIE MADOFF





Founded a real estate investment firm catering to high net worth individuals and institutional investors, in celebrity hot spot Beverly Hills.

Founded a securities investment firm that attracted high net worth individuals and celebrities.

Bills himself as "investor to the stars."

Prided himself on celebrity clientele.

Bradley S. Cohen | Is Bradley S. Cohen the Bernie Madoff of real estate? Page 2 of 3

Case 2:12-cv-01401-JCM-PAL    Document 1-5    Filed 08/08/12    Page 3 of 26

| | |
|---|---|
| Has overall responsibility for management of his firm, strategically directs investment funds. | Had ultimate management authority over the assets of his clients and the ability to direct investments. |
| Has structured his business as an intricate web that is nearly unexplainable by company officials. | Structured his business and transactions in a complex way to conceal fraud and perpetuate a ponzi scheme. |
| Senior company leadership was "uncomfortable" and refused to answer questions about him and his financial dealings. | Employees could not explain his personal or company financial dealings. |
| Has headquartered his business on the prestigious Avenue of the Stars in Los Angeles. | Operated his investment firm from chic New York City and London offices. |
| Lives in a palacious Beverly Hills Mansion valued at over $7,000,000. | Owned expensive homes in prestigious locations, including a lavish Manhattan apartment. |
| Serves or has served on various philanthropic and industry boards and cultivates relationships with many charitable organizations. | Served on numerous industry boards, cultivating relationships with regulators, charities and financial organizations. |
| Serves on the Board of Directors of the National Association of Real Estate Investment Managers (NAREIM). | Served as the Chairman of Nasdaq. |
| Exercises political influence by making political contributions of up to $87,500 per year over many years. | Made regular and substantial political contributions over many years. |

- Bradley S. Cohen has been living a **life of luxury and prestige** for years, actively cultivating his posh outward appearance to attract investors. **Image is everything** when trying to inspire the trust of high net worth individual and institutional investors. Like Bernie Madoff, Cohen has a palacious home in an impressive neighborhood, an office in a celebrity and wealth-filled location, heavy involvement in industry organizations and on influential boards, and a company with an elusive and complex web of financial dealings.
- **Despite losses to his investors**, Cohen has maintained his extravagant lifestyle and image. He has been a contortionist when it comes to keeping the **secret of his**

Bradley S. Cohen | Is Bradley S. Cohen the Bernie Madoff of real estate?    Page 3 of 3

Case 2:12-cv-01401-JCM-PAL   Document 1-5   Filed 08/08/12   Page 4 of 26

**true financial picture**, creating a complex web of companies and dealings, but how long can this continue?

- Recently, Cohen's financial status appears to be declining.
    - Political contributions in past years were as much as $88,000, yet this year they have been almost nothing.
    - Likely feeling the financial stress, Cohen just refinanced his lavish Beverly Hills mansion.

**3 7 7 3**

*Total Number of Visitors*

# Bradley S. Cohen's Investors Lose Tens of Millions of Dollars

While Cohen lives a life of glamour and luxury

# Cohen Asset Management

Bradley Cohen's company, Cohen Asset Management, purports to be a private real estate investment firm that seeks to attract high net worth individual and foreign institutional investors.  With hundreds of millions of dollars in **complex financial transactions and loans** between numerous companies and investors, how can investors guard against a **Ponzi scheme** or **fraud**?

■ Recently, the Senior Vice President of Cohen Asset Management, Doreen Ray (pictured right), was asked under oath about the intricacies of company finances. Her response was initially evasive, then ultimately revealed the following ominous facts:

■ She expressed a **complete inability to explain any details of the company's financial transactions**, despite being the highest ranking officer on the Asset Management Team.

■ She stated that she was **uncomfortable answering questions** about Bradley Cohen and his financial dealings.

■ Properties owned by Cohen Asset Management or its related companies have **occupancy rates as low as 28%**.

■ Properties owned by Cohen Asset Management or its related companies are **currently generating operating losses**.

■ **Losses continue to mount** as the companies lose tenants.

- ■ She **does not know where the money is coming from to cover the operating losses**, but does know that the companies can dip into a revolving line of credit through which all Cohen Asset Management companies are financed.

- ■ If company officials don't even know how investor funds are managed, how can investors and business partners feel secure?

- ■ Cohen Asset Management has recently **lost tens of millions of dollars** in investor funds, yet Bradley Cohen is clearly living the life of luxury.  Losses of the Cohen Asset Management's CAM Core+ Fund 1 are clear from the company's financial statement below.  How can a company and its owner profit while investors are losing big?







The above preview is taken from the 3rd Quarter Financial Report »

- Some may speculate that company assets have been **looted.** Cohen Asset
  Management's intricate dealings with the **assets of banks, insurance
  companies, other lenders and Cohen's own clients are so complicated an
  army of investigators may be necessary to unravel the web.**

■ Investigators have speculated that Cohen Asset Management, in its own capacity
or through its subsidiary companies, is actively engaging in lawsuits in an attempt
to hold off creditors seeking financial information. Records are closely guarded by
the company and even certain documents on this website were obtained only by a
fluke discovery.



More about Bradley S. Cohen's intricate business connections »

ONE THOUGHT ON "COHEN ASSET MANAGEMENT"



**Cilene**
on **May 19, 2012 at 8:02 pm** said:

this subject isn't so unknown to me, so i enjoy reading it.
thanks.http://www.kitsucesso.com

**3 7 7 4**

*Total Number of Visitors*

Bradley S. Cohen | Is Bradley S. Cohen the Bernie Madoff of real estate?          Page 1 of 3

Case 2:12-cv-01401-JCM-PAL   Document 1-5   Filed 08/08/12   Page 10 of 26

# Bradley S. Cohen's Investors Lose Tens of Millions of Dollars

While Cohen lives a life of glamour and luxury

# Is Bradley S. Cohen the Next Bernie Madoff?

**The alarming similarities between these two investment firm founders**

BRADLEY S COHEN                              BERNIE MADOFF

                          

Founded a real estate investment firm        Founded a securities investment firm
catering to high net worth individuals and    that attracted high net worth individuals
institutional investors, in celebrity hot spot  and celebrities.
Beverly Hills.

Bills himself as "investor to the stars."     Prided himself on celebrity clientele.

Case 2:12-cv-01401-JCM-PAL   Document 1-5   Filed 08/08/12   Page 11 of 26

| | |
|---|---|
| Has overall responsibility for management of his firm, strategically directs investment funds. | Had ultimate management authority over the assets of his clients and the ability to direct investments. |
| Has structured his business as an intricate web that is nearly unexplainable by company officials. | Structured his business and transactions in a complex way to conceal fraud and perpetuate a ponzi scheme. |
| Senior company leadership was "uncomfortable" and refused to answer questions about him and his financial dealings. | Employees could not explain his personal or company financial dealings. |
| Has headquartered his business on the prestigious Avenue of the Stars in Los Angeles. | Operated his investment firm from chic New York City and London offices. |
| Lives in a palacious Beverly Hills Mansion valued at over $7,000,000. | Owned expensive homes in prestigious locations, including a lavish Manhattan apartment. |
| Serves or has served on various philanthropic and industry boards and cultivates relationships with many charitable organizations. | Served on numerous industry boards, cultivating relationships with regulators, charities and financial organizations. |
| Serves on the Board of Directors of the National Association of Real Estate Investment Managers (NAREIM). | Served as the Chairman of Nasdaq. |
| Exercises political influence by making political contributions of up to $87,500 per year over many years. | Made regular and substantial political contributions over many years. |

- Bradley S. Cohen has been living a **life of luxury and prestige** for years, actively cultivating his posh outward appearance to attract investors. **Image is everything** when trying to inspire the trust of high net worth individual and institutional investors. Like Bernie Madoff, Cohen has a palacious home in an impressive neighborhood, an office in a celebrity and wealth-filled location, heavy involvement in industry organizations and on influential boards, and a company with an elusive and complex web of financial dealings.
- **Despite losses to his investors**, Cohen has maintained his extravagant lifestyle and image. He has been a contortionist when it comes to keeping the **secret of his**

Case 2:12-cv-01401-JCM-PAL   Document 1-5   Filed 08/08/12   Page 12 of 26

**true financial picture**, creating a complex web of companies and dealings, but how long can this continue?

- Recently, Cohen's financial status appears to be declining.
  - Political contributions in past years were as much as $88,000, yet this year they have been almost nothing.
  - Likely feeling the financial stress, Cohen just refinanced his lavish Beverly Hills mansion.

**3776**

*Total Number of Visitors*

# Bradley S. Cohen's Investors Lose Tens of Millions of Dollars

While Cohen lives a life of glamour and luxury

## Cohen's Mansion



■ More information about Bradley S  Cohen's mansion in Beverly Hills Here »

Bradley Cohen lives in a lavish Beverly Hills mansion and surrounds himself with luxury while his clients are losing tens of millions of dollars. Cohen recently refinanced his mansion for approximately $4,000,000.00, perhaps in an attempt to prop up his crumbling empire.

**3777**

*Total Number of Visitors*

Case 2:12-cv-01401-JCM-PAL   Document 1-5   Filed 08/08/12   Page 15 of 26

# Bradley S. Cohen's Investors Lose Tens of Millions of Dollars

While Cohen lives a life of glamour and luxury

# Intricate Business Connections

Bradley S Cohen is associated with an intricate web involving a number of companies, including 121 Canyon Office Gp, Inc., 651 East Corporate Drive Industrial Capital LLC and Cohen Asset Management, Inc.. Bradley S Cohen has 3 known relationships including Brandon Delf, Cam Core & Fund I', LLC and Cam Fund Capital I', LLC and is located in Los Angeles, CA.



direct dial: (310) 860-0598

Sources: California Secretary of State last refreshed 11/10/2011
Dun & Bradstreet last refreshed 11/10/2011
Texas Secretary of State last refreshed 11/10/2011

**Connections for Bradley S Cohen**

| Brandon Delf | Secretary at 121 Canyon Office Gp, Inc. | Los Angeles, CA |
| Cam Core & Fund I', LLC | Governing Person at 651 East Corporate Drive Industrial Capital LLC | Los Angeles, CA |

| Cam Fund Capital I', LLC | Governing Person at 651 East Corporate Drive Industrial Capital LLC | Los Angeles, CA |

**Companies associated with Bradley S Cohen**

| 121 Canyon Office Gp, Inc. | President is an active role held by Bradley S Cohen | Los Angeles, CA |

| 651 East Corporate Drive Industrial Capital LLC | Governing Person is an active role held by Bradley S Cohen | Kerrville, TX |

| Cohen Asset Management, Inc. | President is an active role held by Bradley S Cohen | Los Angeles, CA |

| Freeport Parkway Corporation | President is an active role held by Bradley S Cohen | Los Angeles, CA |

**Possible Political Campaign Contributions** The campaign contributions listed below may be related to Bradley S Cohen. The Federal Election Commission (FEC) maintains these records. The results below are based on a name and ZIP code proximity match and are provided as a possible research tool only.

Contributions to Republicans: $124,650.00

Contributions to Democrats: $27,500.00

| DATE | DONOR | LOCATION | COMMITTEE | AMOUNT | |
|------|-------|----------|-----------|--------|---|
| 8/31/2008 | Cohen Asset Management/Investor | Beverly Hills, CA | McCain Victory California | $10,000.00 | Source |
| 7/24/2008 | Cohen Asset Management/Real Estate | Los Angeles, CA | Cantor for Congress | $1,000.00 | Source |
| 6/2/2008 | Cohen Asset Management/Investor | Beverly Hills, CA | McCain Victory California | $10,000.00 | Source |

| Date | | Location | | Amount | |
|------|---|----------|---|--------|---|
| 3/7/2008 | | Los Angeles, CA | Rudy Giuliani Presidential Committee, Inc | $1,000.00 | Source |
| 1/28/2008 | Cohen Asset Management/Investor | Beverly Hills, CA | Republican National Committee | $28,500.00 | Source |
| 12/10/2007 | Cohen Asset Management/Real Estate | Los Angeles, CA | Friends of Roy Blunt | $4,600.00 | Source |
| 12/10/2007 | Cohen Asset Management/Real Estate | Los Angeles, CA | Friends of Roy Blunt | ($2,300.00) | Source |
| 8/30/2007 | Cohen Asset Management/Asset Manage | Los Angeles, CA | Rudy Giuliani Presidential Committee, Inc | ($1,000.00) | Source |
| 8/30/2007 | | Los Angeles, CA | Rudy Giuliani Presidential Committee, Inc | $1,000.00 | Source |
| 8/21/2007 | Cohen Asset Management/Asset Manage | Los Angeles, CA | Rudy Giuliani Presidential Committee, Inc | $1,000.00 | Source |
| 8/21/2007 | Cohen Asset Management/Asset Manage | Los Angeles, CA | Rudy Giuliani Presidential Committee, Inc | ($1,000.00) | Source |
| 8/21/2007 | Cohen Asset Management/Asset Manage | Los Angeles, CA | Rudy Giuliani Presidential | $1,000.00 | Source |

| | | | Committee, Inc | | |
|---|---|---|---|---|---|
| 6/26/2007 | Self Employed/Investor | Los Angeles, CA | Bachmann for Congress | $500.00 | Source |
| 6/14/2007 | Self Employed/Investments | Los Angeles, CA | McHenry for Congress | $500.00 | Source |
| 5/7/2007 | Cohen Asset Management/Asset Manage | Los Angeles, CA | Rudy Giuliani Presidential Committee, Inc | $2,300.00 | Source |
| 5/4/2007 | Cohen Asset Management/Investor | Beverly Hills, CA | Texans for Senator John Cornyn Inc | $9,200.00 | Source |
| 5/4/2007 | Cohen Asset Management/Investor | Beverly Hills, CA | Texans for Senator John Cornyn Inc | ($2,300.00) | Source |
| 5/4/2007 | Cohen Asset Management/Investor | Beverly Hills, CA | Texans for Senator John Cornyn Inc | $2,300.00 | Source |
| 5/4/2007 | Cohen Asset Management/Investor | Beverly Hills, CA | Texans for Senator John Cornyn Inc | ($4,600.00) | Source |
| 3/8/2007 | Self/Investor | Beverly Hills, CA | Coleman for Senate 08 | ($2,300.00) | Source |
| 3/8/2007 | Self/Investor | Beverly Hills, CA | Coleman for Senate 08 | $2,300.00 | Source |
| 3/8/2007 | Self/Investor | Beverly Hills, CA | Coleman for Senate 08 | ($4,600.00) | Source |

| Date | Employer/Occupation | City | Recipient | Amount | |
|------|------|------|------|------|------|
| 2/28/2007 | Cohen Asset Management/Investor | Beverly Hills, CA | Republican National Committee | $25,000.00 | Source |
| 2/23/2007 | Self/Investor | Beverly Hills, CA | Coleman for Senate 08 | $9,200.00 | Source |
| 9/30/2006 | Cohen Asset Mgmt. Inc./President | Los Angeles, CA | Friends of Joe Lieberman | $2,000.00 | Source |
| 9/20/2006 | Cohen Asset Management/Investor | Beverly Hills, CA | Republican National Committee | $10,000.00 | Source |
| 8/31/2006 | Self/Construction | Los Angeles, CA | Friends of George Allen | $1,000.00 | Source |
| 8/24/2006 | Cohen Asset Management/President | Los Angeles, CA | Allen Victory Committee | $1,000.00 | Source |
| 4/26/2006 | Self Cohen Assets Management/Presid | Los Angeles, CA | Gallegly for Congress | $1,000.00 | Source |
| 3/31/2006 | Cohen Asset Mgmt/Investor | Beverly Hills, CA | Mark Kennedy 06 | $1,000.00 | Source |
| 3/29/2006 | Cohen Asset Management/Investor | Beverly Hills, CA | Steele for Maryland Inc | $1,000.00 | Source |
| 11/29/2005 | Cohen Asset Management/Investor | Beverly Hills, CA | Friends of Conrad Burns – 2006 | $400.00 | Source |
| 11/29/2005 | Cohen Asset Management/Investor | Beverly Hills, CA | Friends of Conrad Burns – 2006 | $2,100.00 | Source |

| Date | | | | Amount | |
|------|------|------|------|--------|------|
| 5/19/2005 | Cohne Asset Management | Beverly Hills, CA | Talent for Senate Committee | $2,100.00 | Source |
| 2/17/2005 | Cohen Asset Management | Beverly Hills, CA | Ensign for Senate | $1,000.00 | Source |
| 8/5/2004 | Cohen Asset Management/Investor | Beverly Hills, CA | Republican National Committee | $25,000.00 | Source |
| 8/3/2004 | Self-Employed/Cohen Asset Managemen | Los Angeles, CA | Kuhl for Congress | $2,000.00 | Source |
| 3/31/2004 | Cohen Asset Management | Los Angeles, CA | John Thune for US Senate | $2,000.00 | Source |
| 3/31/2004 | Cohen Asset Management | Los Angeles, CA | John Thune for US Senate | $2,000.00 | Source |
| 8/8/2003 | Cohen Asset Management Inc./Owner | Los Angeles, CA | Bush-Cheney '04 (Primary) Inc | $2,000.00 | Source |
| 9/27/2002 | Requesting Info | Los Angeles, CA | Friends of Henry F Wojtaszek | $1,000.00 | Source |
| 8/13/2001 | Cohen Asset Management Inc./CEO | Los Angeles, CA | Tipperary Hill Pac | $1,000.00 | Source |
| 8/13/2001 | Cohen Asset Management Inc./CEO | Los Angeles, CA | Tipperary Hill Pac | $500.00 | Source |

| | | | | | |
|---|---|---|---|---|---|
| 10/13/2000 | | Los Angeles, CA | Lazio 2000 Inc | $750.00 | Source |
| 8/29/2000 | Cohen Asset Managment | Los Angeles, CA | Friends of Schumer | $1,000.00 | Source |
| 8/14/2000 | Cohen Asset Management Inc | Los Angeles, CA | Reynolds for Congress | $1,000.00 | Source |

**3779**

*Total Number of Visitors*

# Bradley S. Cohen's Investors Lose Tens of Millions of Dollars

While Cohen lives a life of glamour and luxury

# Political Influence and Contributions

**Bradley Cohen Political Campaign Contributions**
**2008 Election Cycle**

| | |
|---|---|
| 2010 Transaction Count/Amount | 1/$1,000 |
| 2008 Transaction Count/Amount | 24/$87,300 |
| 2006 Transaction Count/Amount | 13/$23,350 |
| 2004 Transaction Count/Amount | 5/$33,000 |
| 2002 Transaction Count/Amount | 5/$3,500 |
| 2000 Transaction Count/Amount | 7/$4,750 |

**Bradley Cohen Contribution List in 2008**

| Name | Location | Employer/Occupation | Amount | Date | Primary/ General | Contributed To |
|---|---|---|---|---|---|---|
| COHEN, BRADLEY MR. | BEVERLY HLLS, CA 90210 | COHEN ASSET MANAGEMENT/INVESTOR | $10,000 | 08/31/2008 | P | MCCAIN VICTORY CALIFORNIA - |
| Cohen, Bradley | LOS ANGELES, | Cohen Asset Management/Real Estate | $1,000 | 07/24/2008 | G | CANTOR FOR CONGRESS - |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | CA 90067 |  |  |  |  |  |
| COHEN, BRADLEY MR. | BEVERLY HLLS, CA 90210 | COHEN ASSET MANAGEMENT/INVESTOR | $10,000 | 06/02/2008 | P | MCCAIN VICTORY CALIFORNIA - |
| COHEN, BRADLEY S | LOS ANGELES, CA | 90077 | $-1,000 | 03/07/2008 | G | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - |
| Cohen, Bradley Mr. | BEVERLY HLLS, CA 90210 | Cohen Asset Management/Investor | $28,500 | 01/28/2008 | P | NATIONAL COMMITTEE - |
| Cohen, Bradley S. | LOS ANGELES, CA 90067 | Cohen Asset Management/Real Estate | $4,600 | 12/10/2007 | P | FRIENDS OF ROY BLUNT - |
| Cohen, Bradley S. | LOS ANGELES, CA 90067 | Cohen Asset Management/Real Estate | $-2,300 | 12/10/2007 | P | FRIENDS OF ROY BLUNT - |
| COHEN, BRADLEY S. MR. | LOS ANGELES, CA 90077 | COHEN ASSET MANAGEMENT/ASSET MANAGE | $-1,000 | 08/30/2007 | P | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - |
| COHEN, BRADLEY S | LOS ANGELES, CA 90077 |  | $-1,000 | 08/30/2007 | P | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - |
| COHEN, BRADLEY S. MR. | LOS ANGELES, CA 90077 | COHEN ASSET MANAGEMENT/ASSET MANAGE | $1,000 | 08/21/2007 | P | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - |
|  | LOS ANGELES, |  | $-1,000 | 08/21/2007 | P | RUDY GIULIANI |

| | | | | | | |
|---|---|---|---|---|---|---|
| COHEN, BRADLEY S. MR. | CA 90077 | COHEN ASSET MANAGEMENT/ASSET MANAGE | | | | PRESIDENTIAL COMMITTEE INC - |
| COHEN, BRADLEY S. MR. | LOS ANGELES, CA 90077 | COHEN ASSET MANAGEMENT/ASSET MANAGE | $1,000 | 08/21/2007 | G | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - |
| Cohen, Bradley | LOS ANGELES, CA 90024 | Self Employed/Investor | $500 | 06/26/2007 | P | BACHMANN FOR CONGRESS - |
| Cohen, Bradley | LOS ANGELES, CA 90024 | Self Employed/Investments | $500 | 06/14/2007 | P | MCHENRY FOR CONGRESS - |
| COHEN, BRADLEY MR. | LOS ANGELES, CA 90077 | COHEN ASSET MANAGEMENT/ASSET MANAGE | $2,300 | 05/07/2007 | P | RUDY GIULIANI PRESIDENTIAL COMMITTEE INC - |
| COHEN, BRADLEY | BEVERLY HILLS, CA 90210 | COHEN ASSET MANAGEMENT/INVESTOR | $9,200 | 05/04/2007 | P | TEXANS FOR SENATOR JOHN CORNYN INC - |
| COHEN, BRADLEY | BEVERLY HILLS, CA 90210 | COHEN ASSET MANAGEMENT/INVESTOR | $-2,300 | 05/04/2007 | P | TEXANS FOR SENATOR JOHN CORNYN INC - |
| COHEN, BRADLEY | BEVERLY HILLS, CA 90210 | COHEN ASSET MANAGEMENT/INVESTOR | $2,300 | 05/04/2007 | G | TEXANS FOR SENATOR JOHN CORNYN INC - |
| COHEN, BRADLEY | BEVERLY HILLS, CA 90210 | COHEN ASSET MANAGEMENT/INVESTOR | $-4,600 | 05/04/2007 | P | TEXANS FOR SENATOR JOHN CORNYN INC - |
| | | SELF/INVESTOR | $-2,300 | 03/08/2007 | P | |

| | | | | | | |
|---|---|---|---|---|---|---|
| COHEN, BRADLEY | BEVERLY HILLS, CA 90210 | | | | | COLEMAN FOR SENATE 08 - |
| COHEN, BRADLEY | BEVERLY HILLS, CA 90210 | SELF/INVESTOR | $2,300 | 03/08/2007 | G | COLEMAN FOR SENATE 08 - |
| COHEN, BRADLEY | BEVERLY HILLS, CA 90210 | SELF/INVESTOR | $-4,600 | 03/08/2007 | P | COLEMAN FOR SENATE 08 - |
| Cohen, Bradley Mr. | BEVERLY HLLS, CA 90210 | Cohen Asset Management/Investor | $25,000 | 02/28/2007 | P | NATIONAL COMMITTEE - |
| COHEN, BRADLEY | BEVERLY HILLS, CA 90210 | SELF/INVESTOR | $9,200 | 02/23/2007 | P | COLEMAN FOR SENATE 08 - |

## 3780

*Total Number of Visitors*