# EXHIBIT 4

CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CRIMINAL DOCKET FOR CASE #: 2:92-cr-00433-WY All Defendants

Case title: USA v. COHEN

Date Filed: 07/31/1992
Date Terminated: 04/09/1993

Assigned to: JUDGE WILLIAM H. YOHN, JR

**Defendant (1)**
BRAD S. COHEN
*TERMINATED: 04/09/1993*

represented by **ALLAN J. SAGOT**
SAGOT & ASSOC
THREE PARKWAY SUITE 1320
16TH & CHERRY STS
PHILADELPHIA, PA 19102
215-557-0240
Fax: FAX 215-587-0879
Email: ajs3100@aol.com
*TERMINATED: 04/09/1993*
*LEAD ATTORNEY*
*Designation: Retained*

**MARK E. CEDRONE**
LAW OFFICES OF MARK E. CEDRONE PC
123 SOUTH BROAD ST STE 810
PHILADELPHIA, PA 19109
215-925-2500
Fax: 215-925-6471
Email: mec@cedrone-law.com
*TERMINATED: 04/09/1993*
*LEAD ATTORNEY*
*Designation: Retained*

**THOMAS COLAS CARROLL**
CARROLL & CEDRONE
150 S. INDEPENDENCE MALL W
SUITE 940 PUBLIC LEDGE BLDG
PHILA, PA 19106
TEL 215-925-2500
*TERMINATED: 04/09/1993*
*LEAD ATTORNEY*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18:1344 BANK FRAUD
(1)

18:1621(1) PERJURY; 18:2 AIDING AND ABETTING
(2-3)

**Disposition**

DISMISSED WITHOUT PREJUDICE.

DISMISSED WITHOUT PREJUDICE.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

USA                             represented by    EWALD ZITTLAU
                                                  ASSISTANT U.S. ATTORNEY
                                                  615 CHESTNUT STREET
                                                  SUITE 1250
                                                  PHILADELPHIA, PA 19106-4476
                                                  215-861-8407
                                                  Fax: 215-861-8619
                                                  Email: ewald.zittlau@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/1992 | 1 | SEALED INFORMATION as to BRAD S. COHEN (1) count(s) 1, 2-3 (lm) (Entered: 11/17/1992) |
| 07/31/1992 | 2 | MOTION and ORDER Sealing Information as to BRAD S. COHEN ( Signed by JUDGE WILLIAM H. YOHN JR. ) (lm) (Entered: 11/17/1992) |
| 10/31/1992 | 3 | MOTION and ORDER Sealing The INFORMATION AS TO BRAD S. COHEN FOR AN ADDITIONAL 30 DAYS, ETC., ( Signed by JUDGE WILLIAM H. YOHN JR. ) (lm) (Entered: 11/17/1992) |
| 11/02/1992 | 4 | MOTION and ORDER Sealing The Information as to BRAD S. COHEN FOR AN ADDITIONAL 15 DAYS, ETC., ( Signed by JUDGE WILLIAM H. |

|  |  | YOHN JR. ) (lm) (Entered: 11/17/1992) |
|---|---|---|
| 11/17/1992 |  | Information unsealed as to BRAD S. COHEN (lm) (Entered: 11/17/1992) |
| 12/22/1992 | 5 | NOTICE of Appearance for BRAD S. COHEN by Attorney MARK E. CEDRONE (rs) (Entered: 12/23/1992) |
| 12/22/1992 | 6 | NOTICE of Appearance for BRAD S. COHEN by Attorney THOMAS COLAS CARROLL (rs) (Entered: 12/23/1992) |
| 12/22/1992 | 7 | NOTICE of Appearance for BRAD S. COHEN by Attorney ALLAN J. SAGOT (rs) (Entered: 12/23/1992) |
| 04/05/1993 | 8 | MOTION by USA as to BRAD S. COHEN TO DISMISS INFORMATION & CERT. OF SERVICE. (lm) (Entered: 04/06/1993) |
| 04/08/1993 | 9 | RESPONSE by BRAD S. COHEN to GOVTS' [8-1] MOTION TO DISMISS INFORMATION & CERT. OF SERVICE. (lm) (Entered: 04/08/1993) |
| 04/09/1993 | 10 | ORDER DATED 4/8/93 GRANTING [8-1] GOVT'S MOTION TO DISMISS INFORMATION as to BRAD S. COHEN (1), THE INFORMATION IS DISMISSED WITHOUT PREJUDICE. ( Signed by JUDGE WILLIAM H. YOHN JR. ), 4/12/93 entered and copies mailed. (rs) (Entered: 04/12/1993) |
| 04/09/1993 |  | DISMISSAL of Count(s) on Government Motion as to BRAD S. COHEN: Counts Dismissed: BRAD S. COHEN (1) count(s) 1, 2-3 (rs) (Entered: 04/12/1993) |

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 04/23/2012 18:16:00 ||||
| PACER Login: | mi2196 | Client Code: |  |
| Description: | Docket Report | Search Criteria: | 2:92-cr-00433-WY |
| Billable Pages: | 2 | Cost: | 0.20 |

SEALDC,CLOSED,APPEAL

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CRIMINAL DOCKET FOR CASE #: 2:94-cr-00114-SD All Defendants

Case title: USA v. COHEN

Date Filed: 03/09/1994
Date Terminated: 04/28/1995

Assigned to: HONORABLE STEWART DALZELL

Appeals court case number: 95-1375

### Defendant (1)

**BRAD S. COHEN**
*TERMINATED: 04/28/1995*

represented by **MARK E. CEDRONE**
LAW OFFICES OF MARK E. CEDRONE PC
123 SOUTH BROAD ST STE 810
PHILADELPHIA, PA 19109
215-925-2500
Fax: 215-925-6471
Email: mec@cedrone-law.com
*TERMINATED: 04/28/1995*
*LEAD ATTORNEY*
*Designation: Retained*

**THOMAS COLAS CARROLL**
CARROLL & CEDRONE
150 S. INDEPENDENCE MALL W
SUITE 940 PUBLIC LEDGE BLDG
PHILA, PA 19106
TEL 215-925-2500
*TERMINATED: 04/28/1995*
*LEAD ATTORNEY*
*Designation: Retained*

**Pending Counts**

18:152 BANKRUPTCY FRAUD.
(1-37)

**Disposition**

IMPRISONMENT 60 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; TOTAL FINE $10,000.00; TOTAL RESTITUTION OF $740,147.00; SPECIAL ASSESSMENT $50.00 EACH COUNT.

IMPRISONMENT 60 MONTHS TO

| | |
|---|---|
| 18:1956(a)(1)(B)(i) MONEY LAUNDERING; 18:2 AIDING AND ABETTING.<br>(215) | RUN CONCURRENTY WITH EACH OTHER AND WITH COUNTS 137, 336 AND 338; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY WITH EACH OTHER AND WITH CTS. 137, 336 AND 338; SPECIAL ASSESSMENT $50.00 EACH COUNT. |
| 18:1344 BANK FRAUD; 18:2 AIDING AND ABETTING.<br>(334) | IMPRISONMENT 60 MONTHS TO RUN CONCURRENTY WITH EACH OTHER AND WITH COUNTS 137, 336 AND 338; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY WITH EACH OTHER AND WITH CTS. 137, 336 AND 338; SPECIAL ASSESSMENT $50.00 EACH COUNT. |
| 18:1623 PERJURY.<br>(336) | IMPRISONMENT 60 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; TOTAL FINE $10,000.00; TOTAL RESTITUTION OF $740,147.00; SPECIAL ASSESSMENT $50.00 EACH COUNT. |
| 18:1623 PERJURY.<br>(338) | IMPRISONMENT 60 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; TOTAL FINE $10,000.00; TOTAL RESTITUTION OF $740,147.00; SPECIAL ASSESSMENT $50.00 EACH COUNT. |

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:152 BANKRUPTCY FRAUD.<br>(1-136) | DISMISSED ON GOVT'S MOTION. |
| 18:152 BANKRUPTCY FRAUD.<br>(138-194) | DISMISSED ON GOVT'S MOTION. |
| 18:152 BANKRUPTCY FRAUD.<br>(195-211) | DISMISSED ON GOVT'S MOTION. |
| 18:1956(a)(1)(B)(i) MONEY LAUNDERING; 18:2 AIDING AND | DISMISSED ON GOVT'S MOTION. |

| | |
|---|---|
| ABETTING.<br>(212-214) | |
| 18:1956(a)(1)(B)(i) MONEY LAUNDERING; 18:2 AIDING AND ABETTING.<br>(216-312) | DISMISSED ON GOVT'S MOTION. |
| 18:1957(a) MONEY LAUNDERING; 18:2 AIDING AND ABETTING.<br>(313-315) | DISMISSED ON GOVT'S MOTION. |
| 18:1001 FALSE STATEMENTS; 18:2 AIDING AND ABETTING.<br>(316-333) | DISMISSED ON GOVT'S MOTION. |
| 18:1623 PERJURY.<br>(335) | DISMISSED ON GOVT'S MOTION. |
| 18:1623 PERJURY.<br>(337) | DISMISSED ON GOVT'S MOTION. |
| 18:152 FALSE STATEMENT.<br>(339) | DISMISSED ON GOVT'S MOTION. |
| 18:152 FALSE STATEMENT.<br>(340) | DISMISSED ON GOVT'S MOTION. |
| 18:1344 BANK FRAUD; 18:2 AIDING AND ABETTING.<br>(341) | DISMISSED ON GOVT'S MOTION. |
| 18:1344 BANK FRAUD; 18:2 AIDING AND ABETTING.<br>(342) | DISMISSED ON GOVT'S MOTION. |
| 18:1344 BANK FRAUD; 18:2 AIDING AND ABETTING; 18:982 CRIMINAL FORFEITURE (Count 344).<br>(343) | DISMISSED ON GOVT'S MOTION. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **TIMOTHY R. RICE**<br>ASSISTANT U.S. ATTORNEY<br>615 CHESTNUT STREET<br>SUITE 1250<br>PHILA, PA 19106-4476 |

TEL 215-861-8355
Fax: FAX 215-861-8618
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/1994 | 1 | INDICTMENT as to BRAD S. COHEN (1) count(s) 1-194, 195-211, 212-312, 313-315, 316-333, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343. (mrs) (Entered: 03/10/1994) |
| 03/09/1994 | 2 | MOTION and ORDER for Issuance of BENCH Warrant as to BRAD S. COHEN. (Signed by MAGISTRATE JUDGE CHARLES B. SMITH.) (mrs) (Entered: 03/10/1994) |
| 03/09/1994 | | BENCH WARRANT issued as to BRAD S. COHEN. (mrs) (Entered: 03/10/1994) |
| 03/18/1994 | 3 | MOTION BY USA FOR COMPLEX CASE DESIGNATION, CERT. OF SERVICE. (jh) (Entered: 03/21/1994) |
| 03/22/1994 | 4 | MOTION BY USA AS TO BRAD S. COHEN FOR ORDER TO TAKE AND PRESERVE FOR USE AT TRIAL THE DEPOSITION OF A FOREIGN WITNESS, MEMORANDUM, CERTIFICATE OF SERVICE. (lb) (Entered: 03/23/1994) |
| 03/24/1994 | 5 | ORDER GRANTING [3-1] MOTION FOR COMPLEX CASE DESIGNATION AS TO BRAD S. COHEN (1). CASE IS CONTINUED BEYOND THE TIME LIMITS ESTABLISHED BY THE SPEEDY TRIAL ACT PURSUANT TO 18:3161(h)(8)(A). ( Signed by JUDGE RAYMOND J. BRODERICK ), 3/24/94 entered and copies mailed. (rs) (Entered: 03/24/1994) |
| 03/24/1994 | 6 | ORDER DATED 3/23/94 GRANTING THE GOVT'S MOTION FOR COMPLEX CASE DESIGNATION AS TO BRAD S. COHEN. ( Signed by JUDGE RAYMOND J. BRODERICK ), 3/24/95 entered and copies mailed. (rs) (Entered: 03/24/1994) |
| 03/24/1994 | | Arraignment HELD as to BRAD S. COHEN (1) count(s) 1-194, 195-211, 212-312, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 316-333, 313-315 (fe) (Entered: 03/25/1994) |
| 03/24/1994 | 7 | PLEA entered 3/24/94 by BRAD S. COHEN. Court accepts plea. NOT GUILTY: to count(s) 1-194, 195-211, 212-312, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 316-333, 313-315, 344. Pretrial detention by agreement. Trial set for July 11, 1994. (EEN) (fe) (Entered: 03/25/1994) |
| 03/24/1994 | 8 | NOTICE of Appearance for BRAD S. COHEN by Attorney MARK E. CEDRONE and THOMAS COLAS CARROLL. (fe) (Entered: 03/25/1994) |
| 03/28/1994 | 9 | RESPONSE by BRAD S. COHEN to [4-1] MOTION FOR ORDER TO TAKE AND PRESERVE FOR USE AT TRIAL THE DEPOSITION OF A FOREIGN WITNESS, Cert. of Service. (jh) (Entered: 03/29/1994) |
| | | |

| | | |
|---|---|---|
| 03/30/1994 | 10 | Notice of Lis Pendens as to BRAD S. COHEN re: 3537 Meadow Lark Drive, Huntingdon Valley, PA., A Parcel of Real Property and all improvements thereto, lying in Montgomery County and any and all proceeds from the sale. (rs) (Entered: 03/31/1994) |
| 05/17/1994 | 11 | ORDER DATED 5/16/94 GRANTING [4-1] MOTION FOR ORDER TO TAKE AND PRESERVE FOR USE AT TRIAL THE DEPOSITION OF A FOREIGN WITNESS AS TO BRAD S. COHEN (1). IT IS ORDERED THAT LILIA SOTOMAYER DIAZ DE AGUILAR GIVER TESTIMONY OR PROVIDE OTHER INFORMATION WHICH SHE REFUSED TO GIVE OR TO PROVIDE ON THE BASIS OF HER PRIVILEGE AGAINST SELF-INCRIMINATION AS TO ALL MATTERS ABOUT WHICH SHE MAY BE INTERROGATED DURING A TRIAL DEPOSITION AND IN ANY FURTHER PROCEEDINGS RESULTING THEREFROM OR ANCILLARY THERETO. THIS ORDER SHALL BECOME EFFECTIVE ONLY IF AFTER THE DATE OF THIS ORDER LILIA SOTOMAYER DIAZ DE AGUILAR REFUSES TO TESTIFY OR PROVIDE OTHER INFORMATION ON THE BASIS OF HER PRIOVILEGE AGAINST SELF-INCRIMINATION. ( Signed by JUDGE RAYMOND J. BRODERICK ), 5/17/94 entered and copies mailed. (jh) (Entered: 05/17/1994) |
| 05/17/1994 | 12 | ORDER DATED 5/16/94 AS TO BRAD S. COHEN THAT THE TRIAL IS CONTINUED FROM 7/11/94; SETTING JURY TRIAL FOR 9:30 A.M., 10/3/94 FOR BRAD S. COHEN . ( Signed by JUDGE RAYMOND J. BRODERICK ), 5/17/94 entered and copies mailed. (jh) (Entered: 05/17/1994) |
| 05/24/1994 | 13 | ORDER DATED 5/24/94 AS TO BRAD S. COHEN THAT THE GOVERNMENT'S MTION PURSUANT TO FRCRP 15 TO TAKE AND PRESERVE FOR USE AT TRIAL THE VIDEOTAPE DEPOSITION OF LILIA SOTOMAYER IS GRANTED, ETC. (Signed by JUDGE RAYMOND J. BRODERICK), 5/24/94 entered and copies mailed. (fe) (Entered: 05/24/1994) |
| 06/29/1994 | 14 | MOTION BY BRAD S. COHEN TO DISMISS OR, ALTERNATIVELY, FOR SPECIFIC PERFORMANCE OF PLEA AGREEMENT DATED 4/30/92 , MEMORANDUM OF LAW, APPENDIX, CERT.OF SERVICE. (jh) (Entered: 06/30/1994) |
| 06/30/1994 | 15 | ORDER THAT A CONFERENCE WILL BE HELD ON 7/11/94 AT 10:00 A.M. IN CHAMBERS FOR THE PURPOSE OF DISCUSSING THE DEFT'S MOTION TO DISMISS THE INDICTMENT OR, IN THE ALTERNATIVE, FOR SPECIFIC PERFORMANCE OF THE PLEA AGREEMENT AS TO BRAD S. COHEN. ( Signed by JUDGE RAYMOND J. BRODERICK ), 6/30/94 entered and copies mailed. (rs) (Entered: 06/30/1994) |
| 07/08/1994 | 16 | RESPONSE by USA as to BRAD S. COHEN re [14-1] MOTION TO DISMISS OR, ALTERNATIVELY, FOR SPECIFIC PERFORMANCE OF PLEA AGREEMENT DATED 4/30/92, Cert. of Service. (rs) (Entered: 07/08/1994) |
| 07/13/1994 | 17 | ORDER THAT A MOTION HEARING IS SET FOR 9:30 8/29/94 AS TO: BRAD COHEN, RE: (14-1) MOTION FOR DISMISSAL OF INDICTMENT |

| | | |
|---|---|---|
| | | OR SPECIFIC PERFORMANCE OF A PLEA AGREEMENT . ( Signed by JUDGE RAYMOND J. BRODERICK ), 7/14/94 entered and copies mailed. (rs) (Entered: 07/14/1994) |
| 07/15/1994 | 18 | MOTION BY BRAD S. COHEN TO RECUSE , MEMORANDUM OF LAW, CERT. OF SERVICE. (jh) (Entered: 07/18/1994) |
| 07/27/1994 | 19 | AMENDMENT TO MOTION BY BRAD S. COHEN TO DISMISS OR FOR SPECIFIC PERFORMANCE & CERT. OF SERVICE. (lm) (Entered: 07/28/1994) |
| 08/17/1994 | 20 | MOTION BY USA AS TO BRAD S. COHEN TO QUASH SUBPOENAS ISSUED BY DEFT. IN SUPPORT OF THE MOTION TO DISMISS THE INDICTMENT , CERT. OF SERVICE. (rs) (Entered: 08/17/1994) |
| 08/26/1994 | 21 | ORDER DATED 8/26/94 GRANTING [18-1] MOTION TO RECUSE AS TO BRAD S. COHEN (1). FURTHER ORDERED THAT THIS CASE IS RETURNED TO THE CLERK OF THE COURT FOR REASSIGNMENT. FURTHER ORDERED THAT THE HEARING ON DEFT'S MOTION TO DISMISS INDICMENT SCHEDULED FOR 8/29/94 IS CONTINUED. ( Signed by JUDGE RAYMOND J. BRODERICK ), 8/29/94 entered and copies mailed. (jh) (Entered: 08/29/1994) |
| 09/07/1994 | 22 | ORDER DATED 8/31/94 AS TO BRAD S. COHEN, THAT THE ABOVE-CAPTIONED CASE IS REASSINGED FROM THE CALENDAR OF THE HONORABLE RAYMOND J. BRODERICK, TO THE CALENDAR OF THE HONORABLE JAY C. WALDMAN. (Signed by CHIEF JUDGE EDWARD N. CAHN), 9/8/94 entered and copies mailed. (fe) (Entered: 09/08/1994) |
| 09/07/1994 | | CASE reassigned to JUDGE JAY C. WALDMAN, per document #22. (fe) (Entered: 09/08/1994) |
| 09/30/1994 | 23 | MOTION BY BRAD S. COHEN FOR TRIAL CONTINUANCE , CERT. OF SERVICE. (jh) (Entered: 09/30/1994) |
| 10/03/1994 | 24 | ORDER DATED 10/3/94 GRANTING [23-1] MOTION FOR TRIAL CONTINUANCE AS TO BRAD S. COHEN (1). SETTING JURY TRIAL FOR 1/9/95 FOR BRAD S. COHEN . ( Signed by JUDGE JAY C. WALDMAN ), 10/4/94 entered and copies mailed. (jh) (Entered: 10/04/1994) |
| 11/18/1994 | 25 | MOTION BY USA AS TO BRAD S. COHEN SEALED MOTION . (rs) (Entered: 11/18/1994) |
| 11/18/1994 | 26 | ORDER GRANTING [25-1] SEALED MOTION AS TO BRAD S. COHEN (1).(SEALED & IMPOUNDED) ( Signed by JUDGE LOWELL A. REED JR., EMERGENCY JUDGE ), 11/18/94 entered. (rs) Modified on 11/18/1994 (Entered: 11/18/1994) |
| 11/18/1994 | 27 | MOTION AND ORDER TO SEAL AS TO BRAD S. COHEN RE: DOCUMENTS #25,26 (SIGNED BY JUDGE LOWELL A. REED JR. EMERGENCY JUDGE ), 11/18/94 ENTERED. (rs) (Entered: 11/18/1994) |
| 11/21/1994 | 28 | ORDER DATED 11/21/94 THAT THIS CASE IS RANDOMLY |

| | | |
|---|---|---|
| | | REASSIGNED FROM THE CALENDAR OF JUDGE WALDMAN TO THE CALENDAR OF JUDGE NEWCOMER. ( Signed by CHIEF JUDGE EDWARD N. CAHN ), 11/21/94 entered and copies mailed. (jh) (Entered: 11/21/1994) |
| 11/21/1994 | | CASE REASSIGNED TO JUDGE CLARENCE C. NEWCOMER. (jh) (Entered: 11/21/1994) |
| 12/07/1994 | 29 | Minute entry as to BRAD S. COHEN dated 12/6/94 re: Conference Hearing. Court holds colloquy with counsel and deft. Counsel are to report back to the court by 12/9/94. (jh) (Entered: 12/07/1994) |
| 12/15/1994 | 30 | TRANSCRIPT filed in case as to BRAD S. COHEN for dates of 12/6/94. (jh) (Entered: 12/16/1994) |
| 01/05/1995 | | Change of Plea Hearing as to BRAD S. COHEN HELD. (jh) (Entered: 01/06/1995) |
| 01/06/1995 | 31 | Guilty Plea Agreement as to BRAD S. COHEN. (jh) (Entered: 01/06/1995) |
| 01/06/1995 | 32 | PLEA of 1/5/95 entered by BRAD S. COHEN . Court accepts plea. GUILTY: count(s) 137, 215, 334, 336, 338 and 344(forfeiture) ; Govt. will dismiss all remaining counts at sentencing; Presentence Report is Ordered; Sentencing set for 4/5/95 at 9:00 A.M.; No Change in Bail. (jh) (Entered: 01/06/1995) |
| 01/06/1995 | | Deadline updated as to BRAD S. COHEN, SETTING SENTENCING FOR 9:00 A.M., 4/5/95 for BRAD S. COHEN . (jh) (Entered: 01/06/1995) |
| 01/06/1995 | 33 | Court Exhibit # 1 as to BRAD S. COHEN. (jh) (Entered: 01/06/1995) |
| 02/07/1995 | 34 | Change of Plea Memorandum by USA as to BRAD S. COHEN, Cert. of Service. (jh) (Entered: 02/07/1995) |
| 02/10/1995 | 35 | BENCH Warrant Returned Executed as to BRAD S. COHEN on 3/24/94. (jh) (Entered: 02/10/1995) |
| 02/13/1995 | 36 | Release of Lis Pendens by USA as to BRAD S. COHEN Re: 3537 Meadow Lark Drive, Huntingdon Valley, Pa. (jh) (Entered: 02/13/1995) |
| 03/02/1995 | 37 | ORDER DATED 2/28/94 THAT THE ATACHED PAPER, WHICH WAS SENT ANONYMOUSLY TO THIS COURT, BE FILED OF RECORD WITH COPIES SENT TO COUNSEL AND THE DEFT. ( SIGNED BY JUDGE CLARENCE C. NEWCOMER ), 3/2/95 ENTERED AND COPIES MAILED. (jh) (Entered: 03/02/1995) |
| 03/02/1995 | | Copy of Article from The Phila. Inquirer(1/6/95) as to BRAD S. COHEN filed pursuant to Order of Judge Newcomer dated 2/28/95, Document # 37. (jh) (Entered: 03/02/1995) |
| 04/04/1995 | 38 | ORDER DATED 4/3/95 THAT THE ATTACHED LETTER TO THE COURT FROM DEFENSE COUNSEL BE FILED OF RECORD WITH COPIES SENT TO ALL COUNSEL AND THE DEFT. BRAD S. COHEN. SENTENCING IS CONTINUED FROM 4/13/95. RESETTING SENTENCING FOR 9:00 A.M. 4/18/95 FOR BRAD S. COHEN ( SIGNED BY JUDGE CLARENCE C. NEWCOMER ), 4/5/95 ENTERED AND |

|  |  | COPIES MAILED. (jh) (Entered: 04/05/1995) |
| --- | --- | --- |
| 04/04/1995 |  | Letter dated 3/28/95 to Judge Newcomer from Thomas Colas Carroll, Esq., counsel for Deft. BRAD S. COHEN re: Sentencing. (SEE DOCUMENT # 38) (jh) (Entered: 04/05/1995) |
| 04/05/1995 | 39 | MOTION BY BRAD S. COHEN FOR PSYCHIATRIC AND PHYSICAL EXAM PRIOR TO SENTENCING HEARING , CERT. OF SERVICE. (jh) (Entered: 04/05/1995) |
| 04/06/1995 | 40 | Response by USA as to BRAD S. COHEN re: [39-1] MOTION FOR PSYCHIATRIC AND PHYSICAL EXAM PRIOR TO SENTENCING HEARING, Cert. of Service. (jh) (Entered: 04/06/1995) |
| 04/10/1995 | 41 | ORDER DATED 4/10/95 GRANTING IN PART, DENYING IN PART [39-1] MOTION FOR PSYCHIATRIC AND PHYSICAL EXAM PRIOR TO SENTENCING HEARING AS TO BRAD S. COHEN (1). DEFT. SHALL SUBMIT TO A COMPETENCY EVALUATION BY DR. EDWARD GUY, WHO SHALL REPORT TO THIS COURT AND TO THE HON. WILLIAM H. YOHN, JR. BY 4/17/95, ETC.; COPIES OF THE REPORT OF DR. GUY SHALL BE FURNISHED TO THE GOVT., DEFENSE COUNSEL AND THE DEFT.; DEFT. HAS SET FORTH NO GROUNDS TO WARRANT A PHYSICAL EXAMINATION AND THIS PORTION OF HIS MOTION IS DENIED. ( SIGNED BY JUDGE CLARENCE C. NEWCOMER ), 4/11/95 ENTERED AND COPIES MAILED. (jh) (Entered: 04/11/1995) |
| 04/21/1995 | 42 | MOTION BY USA AS TO BRAD S. COHEN FOR FORFEITURE , CERT. OF SERVICE. (jh) (Entered: 04/24/1995) |
| 04/21/1995 |  | Sentencing Memorandum by USA as to BRAD S. COHEN. (SEE DOCUMENT # 42) (jh) (Entered: 04/24/1995) |
| 04/21/1995 | 43 | ORDER DATED 4/21/95 THAT THE ATTACHED LETTER BE FILED OF RECORD. IT IS FURTHER ORDERED THAT THE PARTIES BE PREPARED TO ADDRESS THE ISSUE OF RESTITUTION UNDER 18:3663(a)(2) AT THE TIME OF SENTENCING. ( SIGNED BY JUDGE CLARENCE C. NEWCOMER ), 4/24/95 ENTERED AND COPIES MAILED. (jh) (Entered: 04/24/1995) |
| 04/21/1995 |  | Letter Dated 4/13/95 to Judge Newcomer from Jack Meyerson, Esq. re: Restitution regarding Hector and Diana Carrasco. (SEE DOCUMENT # 43) (jh) (Entered: 04/24/1995) |
| 04/25/1995 |  | Sentencing HELD BRAD S. COHEN (1) count(s) 137, 215, 334, 336, 338. (jh) (Entered: 04/26/1995) |
| 04/26/1995 | 44 | Minute entry as to BRAD S. COHEN dated 4/25/95 re: Sentencing. Cts. 215, 334 - Imprisonment 60 months; Cts. 137, 336, 338 - Imprisonment 60 months concurrently with each other and with Cts. 215 and 334. Supervised Release 5 Years. Fine $10,000.00; Total Restitution in the sum of $740,147.00; Special Assessment $250.00. (jh) (Entered: 04/26/1995) |
| 04/26/1995 | 45 | ORDER THAT ALL COUNTS ARE DISMISSED, EXCEPT COUNTS 137,215,334,336,338 & 344 AS TO BRAD S. COHEN. ( SIGNED BY |

| | | |
|---|---|---|
| | | JUDGE CLARENCE C. NEWCOMER ), 4/27/95 ENTERED AND COPIES MAILED. (rs) (Entered: 04/27/1995) |
| 04/26/1995 | 46 | ORDER GRANTING [42-1] MOTION FOR FORFEITURE AS TO BRAD S. COHEN (1). THE SUM OF $232,310.00 SHALL BE FORFEITED TO THE USA, ETC. ( SIGNED BY JUDGE CLARENCE C. NEWCOMER ), 4/27/95 ENTERED AND COPIES MAILED. (rs) (Entered: 04/27/1995) |
| 04/28/1995 | 47 | JUDGMENT OF 4/25/95 AS TO BRAD S. COHEN (1) count(s) 137, 336, 338 . IMPRISONMENT 60 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; TOTAL FINE $10,000.00; TOTAL RESTITUTION OF $740,147.00; SPECIAL ASSESSMENT $50.00 EACH COUNT; count(s) 215, 334 . IMPRISONMENT 60 MONTHS TO RUN CONCURRENTY WITH EACH OTHER AND WITH COUNTS 137, 336 AND 338; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY WITH EACH OTHER AND WITH CTS. 137, 336 AND 338; SPECIAL ASSESSMENT $50.00 EACH COUNT. ( SIGNED BY JUDGE CLARENCE C. NEWCOMER ), 5/1/95 ENTERED. (jh) (Entered: 05/01/1995) |
| 04/28/1995 | | Dismissal of Count(s) on Government Motion as to BRAD S. COHEN: Counts Dismissed: count(s) 1-136, 138-194, 195-211, 212-214, 216-312, 313-315, 316-333, 335, 337, 339, 340, 341, 342, 343. (jh) (Entered: 05/01/1995) |
| 05/03/1995 | 48 | Notice of Appeal of Judgment (Document # 47) by BRAD S. COHEN (1) count(s) 137, 215, 334, 336, 338. Filing Fee $ 105.00. copies to: JUDGE CLARENCE C. NEWCOMER , Clerk USCA, Appeals Clerk, and THOMAS COLAS CARROLL, TIMOTHY R. RICE, U.S. Probation. (jh) (Entered: 05/04/1995) |
| 05/03/1995 | 49 | Copy of Clerk's notice to USCA as to BRAD S. COHEN re: [48-1] appeal. (jh) (Entered: 05/04/1995) |
| 05/05/1995 | 50 | MOTION BY USA AS TO BRAD S. COHEN REQUESTING THAT REPLACEMENT CHECKS BE ISSUED FOR CERTAIN FORFEITED BANK CASHIER'S CHECKS , CERT. OF SERVICE. (jh) (Entered: 05/08/1995) |
| 05/08/1995 | | Notice of Docketing ROA from USCA as to BRAD S. COHEN Re: [48-1] appeal USCA Number: 95-1375 (jh) (Entered: 05/09/1995) |
| 05/12/1995 | 51 | Transcript of Change of Plea Hearing filed in case as to BRAD S. COHEN for dates of 1/5/95. (fe) (Entered: 05/12/1995) |
| 05/12/1995 | 52 | Transcript of Sentencing filed in case as to BRAD S. COHEN for dates of 4/25/95. (fe) (Entered: 05/12/1995) |
| 05/12/1995 | 53 | USM 285 Returned re: Order of Forfeiture : "On 5/10/95 served FBI(PNC Bank's Cashier's check # 1978003)". (jh) (Entered: 05/12/1995) |
| 05/17/1995 | 54 | ORDER DATED 5/17/95 GRANTING [50-1] MOTION REQUESTING THAT REPLACEMENT CHECKS BE ISSUED FOR CERTAIN FORFEITED BANK CASHIER'S CHECKS AS TO BRAD S. COHEN (1). PNC BANK SHALL ISSUE REPLACEMENT CHECKS PAYABLE TO |

| | | |
|---|---|---|
| | | THE U.S. DEPT. OF JUSTICE/U.S. MARSHAL FOR THE PNC BANK CASHIER'S CHECKS WHICH WERE FORFEITED TO THE U.S. BY THIS COURT'S ORDER ENTERED 4/26/95. ( SIGNED BY JUDGE CLARENCE C. NEWCOMER ), 5/18/95 ENTERED AND COPIES MAILED. (jh) (Entered: 05/18/1995) |
| 05/24/1995 | 55 | Copy of TPO form in appeal as to BRAD S. COHEN [48-1] appeal. (jh) (Entered: 05/24/1995) |
| 06/06/1995 | | RECORD COMPLETE FOR PURPOSES OF APPEAL as to BRAD S. COHEN. (mk) (Entered: 06/06/1995) |
| 06/13/1995 | 56 | USM 285 re: Order of Forfeiture returned: " On 6/12/95 served PNC Bank re: the sums of $4,500.00; $4,200.00; $650.00; $802.03; $802.00". (jh) (Entered: 06/13/1995) |
| 06/28/1995 | 57 | Praecipe to file Proof of Publication relative to notice required under 21:853(n)(1), incorporated by 18:982(b)(1), of the forfeiture order entered 4/26/95, and of the United States' intent to dispose of the property. (jh) (Entered: 06/29/1995) |
| 08/28/1995 | 58 | Praecipe by USA as to BRAD S. COHEN to file Proof of Publication Relative to Notice Required under 21:853(n)(1) Incorporated by 18:982(b)(1) of the Forfeiture Order Entered 4/26/95. (jh) (Entered: 08/28/1995) |
| 11/27/1995 | 59 | JUDGMENT OF USCA (certified copy) as to BRAD S. COHEN Re: [48-1] appeal AFFIRMING JUDGMENT/ORDER BRAD S. COHEN (1) count(s) 137, 215, 334, 336, 338 . (jh) (Entered: 11/28/1995) |
| 04/05/2000 | 60 | REPORT OF PROBATION OFFICER AND ORDER DATED 3/29/00 THAT THE FIVE YEAR TERM OF SUPERVISED RELEASE, WHICH BEGAN ON 7/20/99, BE TOLLED EFFECTIVE 11/26/99, WITH SAID TERM OF SUPERVISED RELEASE TO RECOMMENCE UPON THE DEFT'S RELEASE FROM CUSTODY. ( SIGNED BY JUDGE CLARENCE C. NEWCOMER ) 4/6/00 ENTERED. (jh) (Entered: 04/06/2000) |
| 07/23/2002 | 61 | REPORT OF PROBATION OFFICER AND ORDER DATED 7/18/02, THAT THE AFORESAID CRIMINAL MONETARY PENALTIES, AS IMPOSED, BE AMENDED TO INCLUDE THAT PAYMENT SHALL BE DUE IN MONTHLY INSTALLMENTS OF $300.00, PENDING FURTHER REPORT BY THE PROBATION OFFICE. ( SIGNED BY JUDGE CLARENCE C. NEWCOMER ) 7/23/02 ENTERED. (jh) (Entered: 07/23/2002) |
| 12/18/2006 | 62 | ORDER CASE REASSIGNED PURSUANT TO LOCAL RULE 3(a) L.R.CR.P. TO JUDGE STEWART DALZELL as to BRAD S. COHEN FOR ALL FURTHER PROCEEDINGS. JUDGE CLARENCE C. NEWCOMER NO LONGER ASSIGNED TO CASE . Signed by Judge HARVEY BARTLE III on 12/18/06.12/18/06 Entered E-Mailed. (cmc) (Entered: 12/18/2006) |
| 12/20/2006 | 63 | REPORT AND ORDER OF PROBATION OFFICER AS TO BRAD S. COHEN THAT DEFT'S SUPERVISED RELEASE TERM BE ALLOWED TO TERMINATE ON ITS NATURAL EXPIRATION DATE OF 1/7/07, |

| | | WITH THE OUTSTANDING RESTITUTION BALANCE REMAINING.. Signed by Judge STEWART DALZELL on 12/19/06.12/20/06 Entered. (jh, ) (Entered: 12/20/2006) |
|---|---|---|

<table>
<tr><th colspan="4">PACER Service Center</th></tr>
<tr><th colspan="4">Transaction Receipt</th></tr>
<tr><td colspan="4">04/23/2012 18:16:42</td></tr>
<tr><td>PACER Login:</td><td>mi2196</td><td>Client Code:</td><td></td></tr>
<tr><td>Description:</td><td>Docket Report</td><td>Search Criteria:</td><td>2:94-cr-00114-SD</td></tr>
<tr><td>Billable Pages:</td><td>10</td><td>Cost:</td><td>1.00</td></tr>
</table>