# EXHIBIT 6

**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2012 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

**Full Name**
COHEN, BRAD-
LEY STEPHEN

**Address**
303 ST PIERRE RD
LOS ANGELES, CA 90077-3432
LOS ANGELES COUNTY

**Phone**
None Listed

## ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | Gender | Link ID |
|---|---|---|---|
| 572-80-XXXX | 6/1956 (Age:55) | | 000478435573 |

### Subject Summary

### Name Variations
1: COHEN, BRAD
2: COHEN, BRAD S
3: COHEN, BRADFORD S
4: COHEN, BRADLEY
5: COHEN, BRADLEY M
6: COHEN, BRADLEY S
7: COHEN SR, BRADLEY S
8: COHEN, BRADLEY STEPHEN
9: COHEN, BRADLEY STEVE
10: COHEN, TRT B
11: COHEN, TRT BRADLEY
12: COHEN, TRT R
13: COHEN, TRT ROSETTA
14: COHEN TRT, BRADLEY
15: OHEN, BRADLEY S
16: TRT, BRADLEY S
17: TRT SR, BRADLEY S

### SSNs Summary

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | 572-80-XXXX | California | 1966 | |

### DOBs
**Reported DOBs:**
6/1956
6/1956

### Address Summary - 35 records found
| No. | Address |
|---|---|
| 1: | 303 ST PIERRE RD<br>LOS ANGELES, CA 90077-3432<br>LOS ANGELES COUNTY |
| 2: | 303 S PIERRE<br>LOS ANGELES, CA 90077<br>LOS ANGELES COUNTY |