# EXHIBIT 7

## 1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2012 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

| Full Name | Address | Phone |
|---|---|---|
| COHEN, BRAD SCOTT | 5014 N CONVENT LN APT E<br>PHILADELPHIA, PA 19114-3128<br>PHILADELPHIA COUNTY | None Listed |

### ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | Gender | Link ID |
|---|---|---|---|
| 185-54-XXXX | 3/1959<br>(Age:53) | | 000478263965 |

### Subject Summary

### Name Variations
1: COHEN, BRAD
2: COHEN, BRAD S
3: COHEN ESQ, BRAD S
4: COHEN, BRAD SCOTT

### SSNs Summary

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | 185-54-XXXX | Pennsylvania | 1975-1976 | |

### DOBs
**Reported DOBs:**
3/1959

### Address Summary - 27 records found

| No. | Address |
|---|---|
| 1: | 5014 N CONVENT LN APT E<br>PHILADELPHIA, PA 19114-3128<br>PHILADELPHIA COUNTY |
| 2: | 5014 E NORTH CONVENT LN<br>PHILADELPHIA, PA 19114<br>PHILADELPHIA COUNTY |
| 3: | 67202 DELAIRE LANDING RD # 202<br>PHILADELPHIA, PA 19114-5423<br>PHILADELPHIA COUNTY |
| 4: | 67202 DELAIRE<br>PHILADELPHIA, PA 19114<br>PHILADELPHIA COUNTY |
| 5: | 8 PENN CTR PZ<br>PHILADELPHIA, PA 19103-2801<br>PHILADELPHIA COUNTY |
| 6: | 988 DERRING LN<br>PHILADELPHIA, PA 19107<br>PHILADELPHIA COUNTY |
| 7: | 2520 WELSH RD # 109 |

Median Income: $44,890
Median Home Value: $120,900
Median Education: 17 years
**Household Members**
None Listed
**Other Associates**
None Listed

### 26: 5537 MEADOWLARK DR HUNTINGDON VALLEY, PA 19006

| Address | Dates | Phone |
|---|---|---|
| 5537 MEADOWLARK DR<br>HUNTINGDON VALLEY, PA 19006<br>MONTGOMERY COUNTY | | |

**Household Members**
None Listed
**Other Associates**
None Listed

### 27: 8 PENN CENTER PLZ FLOOR 16TH PHILADELPHIA, PA 19103

| Address | Dates | Phone |
|---|---|---|
| 8 PENN CENTER PLZ FLOOR 16TH<br>PHILADELPHIA, PA 19103<br>PHILADELPHIA COUNTY | | |

**Household Members**
COHEN, LARRY
**Other Associates**
None Listed

## Real Property - 1 records found

### 1: Assessment Record for PHILADELPHIA County, PA

**Owner Information**
Name: COHEN BRAD

**Property Information**
Address: 47102 DELAIRE LANDING RD 102 PHILADELPHIA, PA 19114-5322
County/FIPS: PHILADELPHIA
Data Source: A

**Legal Information**
Assessor's Parcel Number: 88-8650593
Recording Date: 06/03/1986
Book/Page: 477/420

**Sale Information**
Sale Date: 05/19/1986
Sale Price: $59900

**Assessment Information**
Assessed Value: $16288
Total Market Value: $50900

## Judgments/Liens - 120 records found
### 1: PA Judgments and Liens Filings

**Debtor Information**
Name: COHEN, BRAD
SSN: 185-54-XXXX

- **Address:** 988 DERRING LN
  BRYN MAWR, PA 19010-1749
  MONTGOMERY COUNTY

### Creditor Information

- **Name:** PHILA CLERK OF QUARTER SESSIONS ADULT PROBATION
- **Address:** PHILADELPHIA, PA 19100

### Filing Information

- **Jurisdiction:** PA
- **Amount:** $2,200,000.00
- **Filing Date:** 6/4/2002
- **Case Number:** JC-00640752-2002-
- **Filing Status:** UPDATES MAY BE PRESENT ELSEWHERE IN THIS REPORT; CHECK THE COURT FOR THE CURRENT STATUS

### Filing 1

- **Number:** 020640752
- **Type:** JUDGMENT
- **Agency:** PROTHONOTARIES' OFFICES IN ALL COUNTIES
- **Agency State:** PA
- **Agency County:** PHILADELPHIA

## 2: PA Judgments and Liens Filings

### Debtor Information

- **Name:** COHEN, BRAD
- **SSN:** 185-54-XXXX
- **Address:** 988 DERRING LN
  BRYN MAWR, PA 19010-1749
  MONTGOMERY COUNTY

### Creditor Information

- **Name:** PHILA CLERK OF QUARTER SESSIONS
- **Address:** ADULT PROBATION & PAROLE DEPT 121N
  PHILADELPHIA, PA 19107
  PHILADELPHIA COUNTY

### Filing Information

- **Jurisdiction:** PA
- **Amount:** $194.00
- **Filing Date:** 6/7/2000
- **Case Number:** JC-00640584-2000-
- **Filing Status:** UPDATES MAY BE PRESENT ELSEWHERE IN THIS REPORT; CHECK THE COURT FOR THE CURRENT STATUS

### Filing 1

- **Number:** 000640584
- **Type:** JUDGMENT
- **Agency:** PROTHONOTARIES' OFFICES IN ALL COUNTIES
- **Agency State:** PA
- **Agency County:** PHILADELPHIA

## 3: PA Judgments and Liens Filings

### Debtor Information

#### Debtor 1

- **Name:** COHEN, BRAD
- **SSN:** 185-54-XXXX
- **Address:** 988 DERRING LN
  BRYN MAWR, PA 19010-1749
  MONTGOMERY COUNTY

#### Debtor 2

- **Name:** COHEN, LILIA