# EXHIBIT 8

**PRESENT IN PERSON**



FILED
09 NOV 16 PM 4:44
KING COUNTY
SUPERIOR COURT CLERK
KENT, WA

*$1.0? Bond received RBR*

## SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| AUBURN VALLEY INDUSTRIAL CAPITAL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ROSS B. and JANE DOE HANSEN, individually and their marital community, d/b/a NORTHWEST TERRITORIAL MINT,<br><br>Defendants. | NO. 09-2-41614-1 KNT<br><br>ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE<br><br>(Clerk's Action Required) |

THIS MATTER came before the undersigned Judge/Court Commissioner pursuant to Auburn Valley Industrial Capital, LLC's ("Auburn Valley Industrial") motion for a temporary restraining order and for issuance of an order requiring Defendants Ross B. and Jane Doe Hansen (collectively "Hansen") to show cause. The Court reviewed and considered the pleadings and records on file in this action, including the Verified Complaint, the Affidavits of Thomas Olson and Chanda Sovan, and the Declaration of Scott E Feir. The court heard and considered the arguments of Scott Feir. Based on the foregoing, the court finds that Auburn Valley Industrial has a clear, legal or equitable right to a temporary restraining order, Auburn Valley

ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE - 1

se/l:\c\cohen asset management\auburn valley industrial capital\h\ho\tro\
order sef cohen hansen 11 16 2009.doc

**ORIGINAL**

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

Industrial has a legitimate fear its rights immediately are being and will continue to be invaded, and Auburn Valley Industrial irreparably will be harmed if this restraining order is not issued. Also, the court finds that this hearing was permissible under CR 65 without notice to Hansen because substantial evidence supports that Hansen has threatened extensive property damage (destruction of phone and fire safety systems) and personal injury (directing that Auburn Valley Industrial's employee and agents be shot) if further action was taken to access the common phone areas. Also, immediate access is required to avoid the harm of being in default to current and future tenants.

IT IS HEREBY ORDERED as follows:

1. Ross and Jane Doe Hansen and all other parties with actual knowledge of this order and anyone operating directly or indirectly through them are prohibited without a court order from preventing Auburn Valley Industrial's access to the electrical/phone common areas identified in the Verified Complaint and show on attached Exhibit A.

2. Ross and Jane Doe Hansen and all other parties with actual knowledge of this order and anyone operating directly or indirectly through them are prohibited without a court order from making unauthorized alterations to the electrical/phone common areas and the surrounding walls and related systems.

3. Hansen or anyone acting on their behalf is enjoined from removing, interfering with, or damaging any property not belonging to Hansen in the electrical/phone common areas.

4. Hansen is enjoined from threatening and harassing Auburn Valley Industrial's employees and agents or otherwise interfering with Auburn Valley

ORDER GRANTING MOTION FOR
TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE
- 2
sefV:\c\cohen asset management\auburn valley industrial capital\hansen\pld\tro order sef cohen hansen 11 16 2009.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

Industrial's management of the electrical/phone common areas and property of which it is a part.

5. Hansen is directed immediately to remove any and all locks, barriers, and impediments which restrict Auburn Valley Industrial's access to the electrical/phone common areas in coordination with Auburn Valley Industrial.

6. Auburn Valley Industrial is granted full and unfettered access to the electrical/phone common areas.

7. Auburn Valley Industrial shall post a bond or deposit cash or a cashier's check with the clerk of the court in the amount of $1.00, or alternatively $ 0 , whichever is higher, for the payment of such costs and damages Hansen may incur or suffer if subsequently it is found they wrongfully have been restrained by the issuance of this Order.

8. Ross and Jane Doe Hansen shall appear before Judge CHERYL CAREY of this Court, or such other department to which this cause may be assigned, on December 4 , 2009 at 9:15 am Kent Regional Justice Center, 401 Fourth Ave. North, Kent, Washington, Room 4C to show cause, if any they may have, why a preliminary and permanent injunction should not be entered granting the relief and prohibiting them from the activity set forth in paragraphs 1 – 6 above.

9. Auburn Valley Industrial's attorney may certify a copy of this Order for service.

**VIOLATION OF THIS ORDER WITH ACTUAL NOTICE OF ITS TERMS IS AN OFFENSE WHICH IS SUBJECT TO CIVIL CONTEMPT PROCEEDINGS**

DONE IN OPEN COURT this 16th day of November, 2009 4:37pm

Judge/~~Court Commissioner~~ pro Tem

ORDER GRANTING MOTION FOR
TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE
- 3
sefi:\c\cohen asset management\auburn valley industrial capital\hansen\pld\tro
order sef cohen hansen 11 16 2009.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

1 | Presented by:

2 | MONTGOMERY PURDUE
BLANKINSHIP & AUSTIN PLLC

3 |

4 | By _____
Scott E. Feir
5 | WA State Bar No. 28192
6 | Attorneys for Auburn Valley Industrial

ORDER GRANTING MOTION FOR
TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE
- 4
sef\l:\c\cohen asset management\auburn valley industrial capital\hansen\pld\ro order sef cohen hansen 11 16 2009.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

**EXHIBIT A**



PRESENT IN PERSON

EXP04

# SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| AUBURN VALLEY INDUSTRIAL CAPITAL LLC, a Delaware limited liability company, | |
|---|---|
| Plaintiff, | NO. 09-2-41614-1 KNT |
| v. | PROPOSED |
| ROSS B. and JANE DOE HANSEN, individually and their marital community, d/b/a NORTHWEST TERRITORIAL MINT, | ORDER MODIFYING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |
| Defendants. | (Clerk's Action Required) |

THIS MATTER came before the undersigned Judge/Court Commissioner pursuant to CR 65(b) on Defendant Ross B. Hansen's Motion to Dissolve or Modify Order Granting Motion for Temporary Restraining Order and Order to Show Cause entered in favor of Plaintiff Auburn Valley Industrial Capital, LLC's ("Auburn Valley Industrial") on November 16, 2009. The Court heard and considered the arguments of Maya Mendoza-Exstrom on behalf of Defendants and Scott Feir on behalf of Plaintiff. Based on the foregoing, the court finds that the Temporary Restraining Order entered in favor of Auburn Valley Industrial on November 16, 2009 should be

ORDER MODIFYING TEMPORARY
RESTRAINING ORDER AND ORDER TO
SHOW CAUSE
- 1

ORIGINAL

MENDOZA LAW CENTER, PLLC
Post Office Box 66890
Burien, WA 98166
(206) 244-1641 (ph)
(206) 244-1643 (fx)
fred@mendozalc.com

modified for the mutual protection of the property rights of Plaintiff and Defendants. Based on the foregoing,

IT IS HEREBY ORDERED that the Temporary Restraining Order entered on November 16, 2009 in the above-captioned case is, and the same shall be, modified as follows:

1. Ross Hansen, Northwest Territorial Mint, LLC and all other persons with actual knowledge of this order and anyone operating directly or indirectly through them are prohibited without a court order from preventing Auburn Valley Industrial's full and unfettered access to the "electrical/phone rooms" identified in the Verified Complaint and shown on attached Exhibit A. Auburn Valley Industrial and all other persons with actual knowledge of this order and anyone operating directly or indirectly through them are prohibited without a court order from preventing Hansen and Northwest Territorial Mint, LLC's access to the "electrical/phone rooms" identified in the Verified Complaint and shown on attached Exhibit A.

2. Auburn Valley Industrial shall install a key pad door lock on the exterior door to the "electrical/phone rooms" located at the northeast corner of the building for which Auburn Valley Industrial and Northwest Territorial Mint shall each possess the entrance code. The code may not be changed by Auburn Valley Industrial without first providing the new entry code Ross Hansen. Auburn Valley Industrial and Hansen shall equally share the cost of purchasing and installing the key pad door lock system.

3. Ross Hansen and Northwest Territorial Mint shall have access to the "electrical/phone rooms" only for the purpose of securing, operating, monitoring, maintaining, repairing and replacing their personal equipment and property, and for no other purpose without further court order. Auburn Valley Industrial and Hansen

ORDER MODIFYING TEMPORARY
RESTRAINING ORDER AND ORDER TO
SHOW CAUSE
- 2

MENDOZA LAW CENTER, PLLC
Post Office Box 66890
Burien, WA 98166
(206) 244-1641 (ph)
(206) 244-1643 (fx)
fred@mendozalc.com

shall equally share the cost of purchasing and installing the key pad door lock system.

4. Auburn Valley Industrial may purchase and install a security system to monitor exterior entrance to the "electrical/phone rooms" provided that the system is coordinated with the security system of Northwest Territorial Mint such that one system does not interfere with or disrupt the operation of the other. Auburn Valley Industrial and Hansen shall equally share the cost of purchasing and installing the security system for said door.

5. Ross and all other parties with actual knowledge of this order and anyone operating directly or indirectly through them are prohibited without a court order from making unauthorized alterations to the electrical/phone rooms and the surrounding walls and related systems inside the electrical/phone rooms.

6. Ross Hansen or anyone acting on his behalf is enjoined from removing, interfering with, or damaging any property not belonging to Hansen or Northwest Territorial Mint in the electrical/phone rooms and is further enjoined from delaying, interfering with or obstructing Auburn Valley Industrial's use of the electrical/phone rooms for its own purposes, including without limitation the delaying, interfering with or obstructing of Auburn Valley Industrial's workers, agents and contractors.

7. Ross Hansen is enjoined from threatening and harassing Auburn Valley Industrial's employees and agents or otherwise interfering with Auburn Valley Industrial's management or use of the electrical/phone rooms and property of which it is a part.

8. Ross Hansen is directed immediately to remove any and all locks, barriers, and impediments which restrict Auburn Valley Industrial's access to the electrical/phone rooms.

ORDER MODIFYING TEMPORARY
RESTRAINING ORDER AND ORDER TO
SHOW CAUSE
- 3

MENDOZA LAW CENTER, PLLC
Post Office Box 66890
Burien, WA 98166
(206) 244-1641 (ph)
(206) 244-1643 (fx)
fred@mendozalc.com

9. Ross Hansen is directed to remove any lock securing the hatch door access to the roof that is located within the "electrical/phone rooms" provided that Auburn Valley Industrial shall install a lock to secure the hatch door access and the hatch door shall remain locked at all times. Auburn Valley Industrial shall open the hatch door upon request of Ross Hansen or Northwest Territorial Mint for the purpose of securing, operating, monitoring, maintaining, repairing and replacing their personal equipment and property, and for no other purpose without further court order. If the lock is removed for any reason, Ross Hansen or Northwest Territorial Mint shall be entitled to install a lock on the hatch door, immediately notify Auburn Valley Industrial of the lock installation and immediately supply Auburn Valley Industrial with a duplicate key or the lock's combination.

10. Auburn Valley Industrial shall install a security camera system on the inside of demising wall between Ross Hansen's leased premises and the "phone room" to permit Hansen's security guards to visually observe the interior of the phone room and the equipment of Northwest Territorial Mint at all times and the phone room shall remain sufficiently lighted at all times for such observation. Auburn Valley Industrial and Hansen shall equally share the cost of installing the security camera system and additional lighting if required for clear viewing.

11. Auburn Valley Industrial shall post a bond or deposit cash or a cashier's check with the clerk of the court in the amount of $25,000.00, for the payment of such costs and damages Hansen may incur or suffer if subsequently it is found they wrongfully have been restrained by the issuance of this Order, or otherwise violates this Order or causes damage to property or services in the phone/electrical rooms.

12. Hansen shall post a bond or deposit cash or a cashier's check with the clerk of the court in the amount of $25,000.00, for the payment of such costs and damages

ORDER MODIFYING TEMPORARY
RESTRAINING ORDER AND ORDER TO
SHOW CAUSE
- 4

MENDOZA LAW CENTER, PLLC
Post Office Box 66890
Burien, WA 98166
(206) 244-1641 (ph)
(206) 244-1643 (fx)
fred@mendozalc.com

1 | Auburn Valley Industrial may incur or suffer if subsequently it is found they wrongfully
2 | have been restrained by the issuance of this Order, or otherwise violates this Order
3 | or causes damage to property or services in the phone/electrical rooms.

4 |      13. Ross Hansen and Auburn Valley Industrial shall appear before Judge
5 | Cheryl Cary of this Court, or such other department to which this cause may be
6 | assigned, on December 4, 2009 at 9:15 a.m., Kent Regional Justice Center, 401
7 | Fourth Ave. North, Kent, Washington, Room 4C to show cause, if any they may have,
8 | why a preliminary and permanent injunction should not be entered granting the relief
9 | and prohibiting them from the activity set forth in paragraphs 1 – 12 above.

**VIOLATION OF THIS ORDER WITH ACTUAL NOTICE OF ITS TERMS IS AN OFFENSE WHICH IS SUBJECT TO CIVIL CONTEMPT PROCEEDINGS**

DONE IN OPEN COURT this 20th day of November, 2009.

_____
Judge/Court Commissioner

Presented by:

MENDOZA LAW CENTER, PLLC

_____
Maya Mendoza-Exstrom, WSBA #39333
Of Attorneys for Defendants

Copy Received; Approved as to Form:    Not Present at 2:07

MONTGOMERY PURDUE
BLANKINSHIP & AUSTIN PLLC

By _____
Scott E. Feir
WA State Bar No. 28192
Attorneys for Auburn Valley Industrial

ORDER MODIFYING TEMPORARY
RESTRAINING ORDER AND ORDER TO
SHOW CAUSE
- 5

MENDOZA LAW CENTER, PLLC
Post Office Box 66890
Burien, WA 98166
(206) 244-1641 (ph)
(206) 244-1643 (fx)
fred@mendozalc.com

The Honorable Cheryl Carey
Date of Hearing: December 11, 2009
Time of Hearing: 9:15 a.m.
With Oral Argument

# SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| AUBURN VALLEY INDUSTRIAL CAPITAL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ROSS B. and JANE DOE HANSEN, individually and their marital community, d/b/a NORTHWEST TERRITORIAL MINT,<br><br>Defendants. | NO. 09-2-41614-1 KNT<br><br>ORDER GRANTING PRELIMINARY INJUNCTION<br><br>(Clerk's Action Required) |

THIS MATTER came before the undersigned Judge pursuant to Auburn Valley Industrial Capital, LLC's ("Auburn Valley Industrial") motion for a temporary restraining order and preliminary injunction. The Court reviewed and considered the pleadings and records on file in this action and the following:

1. Summons;
2. Verified Complaint;
3. Motion for Temporary Restraining Order and for Order to Show Cause;
4. Declaration of Scott E. Feir;
5. Affidavit of Thomas S. Olson;

ORDER GRANTING PRELIMINARY INJUNCTION - 1
w:\users\wilsonsh\appdata\local\microsoft\windows\temporary internet files\content.outlook\ub78dmkb\prelim injunction order 12-11-09.doc



MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

6. Affidavit of Chanda Sovan;

7. Order Granting Motion for Temporary Restraining Order and Order to Show Cause;

8. Defendants' Motion to Dissolve or Modify the Temporary Restraining Order Dated November 16, 2009;

9. Declaration of Steve Barnard in Support of Defendants' Motion to Modify Order Granting Temporary Restraining Order and Order to Show Cause;

10. Declaration of Rob Vugteveen in Support of Defendants' Motion to Modify Order Granting Temporary Restraining Order and Order to Show Cause;

11. Declaration of Joe Beitey in Support of Defendants' Motion to Modify Order Granting Temporary Restraining Order and Order to Show Cause;

12. Declaration of Ross B. Hansen in Support of Defendants' Motion to Modify Order Granting Temporary Restraining Order and Order to Show Cause;

13. Order Modifying Temporary Restraining Order and Order to Show Cause;

14. Motion for Revision of a Commissioner's Order;

15. Stipulation and Order Shortening Time;

16. Motion for Order Allowing Live Testimony;

17. Declaration of Joseph A. Hamell;

18. Order Granting Motion Allowing Live Testimony;

19. Plaintiff's Memorandum in Support of Preliminary Injunction;

20. Declaration of Rick Culwell;

21. Declaration of Art Gulledge;

22. Declaration of Doreen L. Ray;

23. Declaration of Chanda Soven;

24. Declaration of Joseph A. Hamell;

25. Order Denying Motion Allowing Live Testimony;

26. Declarations Reviewed Re: Motion Allowing Live Testimony;

ORDER GRANTING PRELIMINARY
INJUNCTION - 2
w:\c:\users\wilsonsh\appdata\local\microsoft\windows\temporary internet files\content.outlook\ub78dmkb\prelim injunction order 12-11-09.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

27. Defendant's Response to Plaintiff's Motion for Preliminary Injunction;

28. Declaration of Ross B. Hansen in Opposition to Plaintiff's Motion for Preliminary Injunction;

29. Declaration of Steve Barnard in Support of Defendants' Response to Order to Show Cause;

30. Declaration of Frederick Mendoza in Opposition to Plaintiff's Motion for Preliminary Injunction;

31. Second Declaration of Chanda Sovan;

32. Reply in Support of Plaintiff's Motion for a Preliminary Injunction;

33. Declaration of Thomas S. Olson; and

34. Amended Declaration of Thomas S. Olson.

Based on the foregoing, the court makes the following findings of facts and conclusions of law:

1. Defendant Ross B. Hansen dba Northwest Territorial Mint ("Hansen") is a party to a Lease dated May 3, 2002 between Hansen as Tenant and MegaWest LLC ("MegaWest") as Landlord. Plaintiff Auburn Valley Industrial is the successor in interest to MegaWest.

2. Hansen cut a hole in the wall between his suite and the phone/telecommunications room after entry of and in violation of the TRO and modified TRO.

3. Hansen personally blocked the Landlord's access into the phone/telecommunications room in violation of the TRO and modified TRO.

Based on the foregoing, the court finds that Auburn Valley Industrial has a clear, legal or equitable right to a preliminary injunction, Auburn Valley Industrial has a legitimate fear its rights immediately are being and will continue to be invaded, and

ORDER GRANTING PRELIMINARY
INJUNCTION - 3
w\c:\users\wilsonsh\appdata\local\microsoft\windows\temporary internet files\content.outlook\ub78dmkb\prelim injunction order 12-11-09.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

Auburn Valley Industrial irreparably will be harmed if this preliminary injunction is not issued.

IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for a preliminary injunction is granted.
2. Ross Hansen and anyone acting directly or indirectly on his behalf may only have access to the electrical/phone rooms for any reason under Plaintiff's supervision. Supervision shall be by Plaintiff's property manager to obtain supervised access, Hansen shall call Plaintiff's property manager who shall provide Mr. Hansen with access within a reasonable time. Reasonable time shall be within 30 minutes of telephone call from Defendant or his staff.
3. Plaintiff's property manager may provide the access code to Defendant to permit temporary access if he/she cannot respond within 30 minutes, which code may be thereafter changed by the Plaintiff.
4. The cage door with access to the roof shall remain locked on both sides unless Plaintiff shall need access to the roof in which case the parties shall permit access.
5. The Court's November 20, 2009 order modifying the temporary restraining order shall continue in full force and effect except as modified herein.
6. Auburn Valley Industrial's attorney may certify a copy of this Order for service.

**VIOLATION OF THIS ORDER WITH ACTUAL NOTICE OF ITS TERMS IS AN OFFENSE WHICH IS SUBJECT TO CIVIL CONTEMPT PROCEEDINGS**

ORDER GRANTING PRELIMINARY
INJUNCTION - 4
w:\c:\users\wilsonsh\appdata\local\microsoft\windows\temporary internet files\content.outlook\ub78dmkb\prelim injunction order 12-11-09.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

1  DONE IN OPEN COURT this __11__ day of December, 2009.

_____
Judge Cheryl Carey

Presented by:

MONTGOMERY PURDUE
BLANKINSHIP & AUSTIN PLLC

By _____
Joseph A. Hamell
WA State Bar No. 29423
Attorneys for Auburn Valley Industrial

_____ WSBA 6021
Of Attorneys for Defendant

ORDER GRANTING PRELIMINARY
INJUNCTION - 5
w\c:\users\wilsonsh\appdata\local\microsoft\windows\temporary internet
files\content.outlook\ub78dmkb\prelim injunction order 12-11-09.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX