Robert D. Mitchell (Arizona State Bar No. 011922), *admitted pro hac vice*
MITCHELL & ASSOCIATES, P.C.
1850 North Central Avenue, Suite 2030
Phoenix, Arizona  85004
Telephone: (602) 468-1411
Facsimile: (602) 468-1311
Email: robertmitchell@mitchell-attorneys.com

Anthony Michael Glassman (California State Bar No. 37934), *admitted pro hac vice*
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041
Email:  amg@gbsjlaw.com

Richard Schonfeld (NSB No. 6815)
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada  89101
Telephone: (702) 384-5563
Facsimile: (702) 598-1425
Email: rschonfeld@cslawoffice.com

Attorneys for Plaintiffs BRADLEY STEPHEN COHEN
and COHEN ASSET MANAGEMENT, INC.

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA – LAS VEGAS**

| | |
|---|---|
| BRADLEY STEPHEN COHEN, an individual; and COHEN ASSET MANAGEMENT, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS B. HANSEN, an individual; NORTHWEST TERRITORIAL MINT, LLC, a Washington limited liability company; and STEVEN EARL FIREBAUGH, an individual,<br><br>Defendants. | Case No. 2:12-cv-01401-JCM-PAL<br><br>**JOINT STATUS REPORT**<br><br>**(Status Conference: May 21, 2013 at 9:45 AM)** |

1   Pursuant to the Court's May 7, 2013 Minutes of Proceedings (Doc. No. 66), Plaintiffs Bradley Stephen Cohen and Cohen Asset Management, Inc. (collectively, "Plaintiffs") and Defendants Ross B. Hansen ("Hansen"), Northwest Territorial Mint, LLC ("NWTM") and Steven Earl Firebaugh (collectively "Defendants") hereby submit their Joint Status Report.

On May 16, 2013, Defendants provided a declaration from Hansen attesting to the good-faith search and production of documents responsive to Plaintiffs' First Request for the Production of Documents to Hansen and NWTM.

On May 16, 2013, Defendants' counsel responded to Plaintiffs' counsel's April 23, 2013 letter outlining concerns with Hansen and NWTM's document production and privilege log, and Defendants produced additional documents. At this point, there is nothing further for the Court to consider.

The parties respectfully request the Court vacate the status conference currently scheduled for May 21, 2013 at 9:45 AM. After Plaintiffs have had a chance to evaluate the latest document produced by Defendants and depose one or more witnesses regarding the documents, the parties can raise any further discovery concerns in a new motion.

DATED: May 17, 2013                MITCHELL & ASSOCIATES, P.C.


                                   By    /s/ Robert D. Mitchell
                                         ROBERT D. MITCHELL
                                         Attorney for Plaintiffs

1  DATED: May 17, 2013                    YOUNG deNORMANDIE, P.C.

2

3                                                     /s/ Dean G. von Kallenbach, with
                                     By      permission
4                                            _____
                                             DEAN G. von KALLENBACH
5                                            Attorney for Defendants

6

7  IT IS SO ORDERED this 20th day
   of May, 2013.
8

9  _____
   Peggy A. Leen
10 United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on May 17, 2013, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Robert D. Mitchell