# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY STEPHEN COHEN, *et al.*, | Case No. 2:12-cv-01401-JCM-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| ROSS B. HANSEN, *et al.*, | |
| Defendants. | |

The court held a discovery and dispute resolution conference on July 23, 2013. Anthony Glassman and Robert Mitchell were present on behalf of Plaintiffs Bradley Stephen Cohen and Cohen Asset Management, Inc.; and Dean von Kallenbach was present on behalf of Defendant Ross B. Hansen. The court has considered the parties' First Stipulation to Amend Discovery Plan and Scheduling Order (Dkt. #71); the Second Stipulation to Amend Discovery Plan and Scheduling Order (Dkt. #80); the Declaration of Bradley S. Cohen re: Discovery Issues (Dkt. #81); the Declaration of Dean G. von Kallenbach re: Discovery Issues (Dkt. #83); the Joint Discovery Report (Dkt. #84); and the arguments of counsel made on the record at the hearing.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Plaintiffs Bradley Stephen Cohen and Cohen Asset Management, Inc., shall serve Defendants with supplemental written responses to Defendants' Interrogatories Nos. 5, 6, 7, and 14 no later than **August 6, 2013.**

2. Plaintiff Bradley Stephen Cohen shall serve Defendants with supplemental responses to Defendants' Request for Production of Documents Nos. 9, 10, 11, 12, 18, 19, 20, 23, 27, 28, and 29 no later than **August 6, 2013.**

3. Plaintiff Cohen Asset Management, Inc. shall serve Defendants with supplemental responses to Defendants' Requests for Production of Documents Nos. 12, 13, 14, 15, 16, 20, 21, 22, 23, 28, and 29 no later than **August 6, 2013.**

4. Plaintiffs shall serve Defendants with responses and produce all responsive documents to the above-referenced discovery requests pursuant to the Protective Order (Dkt. #73) entered by the court on June 4, 2013.

5. Plaintiffs request to modify the Protective Order to add an "attorneys eyes/expert eyes only" requirement id denied.

6. Defendants are warned that any violation of the Protective Order will be severely sanctioned, up to and including a recommendation to the district judge of case-dispositive sanctions.

7. Plaintiffs will be precluded from using any undisclosed evidence or documents responsive to the discovery request compelled in this order at trial, in motion practice, at a hearing or for any other purpose.

Dated this 24th day of July, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE