# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRADLEY STEPHEN COHEN, et al.,

Plaintiff(s),

v.

ROSS B. HANSEN, et al.,

Defendant(s).

2:12-CV-1401 JCM (PAL)

**ORDER**

Presently before the court is plaintiffs Bradley Cohen's and Cohen Asset Management's motion to set a pre-trial conference. (Doc. # 114). Defendants Ross Hansen, Steven Firebaugh, and Northwest Territorial Mint, LLC, have filed a response (doc. # 123) and plaintiffs have filed a reply (doc. # 126).

Plaintiffs move the court to schedule a conference and set trial dates. However, there is a dispositive motion that is pending and has not been fully briefed. The resolution of that motion may impact the final pre-trial order, which is not due until thirty days after the resolution of dispositive motion(s), and may affect the scope and length of trial. (*See* doc. # 31).

Scheduling trial dates at this juncture is unnecessary, and the court finds plaintiffs' motion to be premature.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' motion to set a
3  pre-trial conference (doc. # 114) be, and the same hereby is, DENIED.

4  DATED November 18, 2013.

_____
UNITED STATES DISTRICT JUDGE