UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRADLEY STEPHEN COHEN, et al., | ) | Case No. 2:12-cv-01401-JCM-PAL |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | (Mtn to Wd - Dkt. #159) |
| ROSS B. HANSEN, et al., | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion to Withdraw as Counsel (Dkt. #159) filed March 7, 2014. Mark J. Randazza, Ronald D. Green, and J. Malcom DeVoy seek to withdraw as counsel Defendants Ross B. Hansen, Northwest Territorial Mint, LLC, and Steven Earl Firebaugh. The Motion represents that a conflict has arisen between Defendants and counsel, and Defendants have consented to counsels' withdrawal. Defendants will continue to be represented by its other counsel of record. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." Plaintiffs filed their Complaint (Dkt. #1) on August 8, 2012. Discovery has closed, and a Motion for Summary Judgment (Dkt. #119) is pending before the district judge and a Motion to Exclude Evidence (Dkt. #150) is set for hearing before the undersigned on March 27, 2014. Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (Dkt. #159) is GRANTED.
2. Defendants Ross B. Hansen, Northwest Territorial Mint, LLC, and Steven Earl Firebaugh shall continue to be represented by their other counsel of record.

Dated this 13th day of March, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE