UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRADLEY STEPHEN COHEN, | ) | Case No. 2:12-cv-01401-JCM-PAL |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | (Mtn to WD - Dkt. #167) |
| ROSS B. HANSEN, | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion to Withdraw as Counsel (Dkt. #167) filed March 18, 2014. Allen Lichtenstein seeks to withdraw as counsel Defendants Ross B. Hansen, Northwest Territorial Mint, LLC, and Steven Earl Firebaugh. The Motion represents that a conflict has arisen between Defendants and counsel, and Defendants have consented to counsels' withdrawal. Defendants will continue to be represented by its other counsel of record. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." Plaintiffs filed their Complaint (Dkt. #1) on August 8, 2012. Discovery has closed, and a Motion for Summary Judgment (Dkt. #119) is pending before the district judge and a Motion to Exclude Evidence (Dkt. #150) is set for hearing before the undersigned on March 27, 2014. Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (Dkt. #167) is GRANTED.
2. Defendants Ross B. Hansen, Northwest Territorial Mint, LLC, and Steven Earl Firebaugh shall continue to be represented by their other counsel of record.

Dated this 19th day of March, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE