# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRADLEY STEPHEN COHEN, et al.,

                Plaintiffs,      Case No. 2:12-cv-01401-JCM-PAL

vs.      **ORDER**

ROSS B. HANSEN, et al.,      (Mot. Cont. - Dkt. #164)

                Defendants.

     Before the court is Plaintiffs' Motion to Continue Hearing on Defendants' Motion to Exclude Evidence of Actual Damages (Dkt. #164). The court has reviewed the Motion and Defendants' Response (Dkt. #168).

     Plaintiffs motion requests that the hearing on March 27, 2014, be continued to the week of April 21, 2014, as Plaintiffs' lead counsel has two deposition with out-of-state parties scheduled for the same date. Defendants' response indicates that, although he does not object to the continuance of the hearing to the week of April 21, 2014, he wants Judge Mahan to be aware of the continuation of this hearing as the ruling will have a specific effect upon the pending motion for summary judgment which is fully briefed. Having reviewed and considered the matter,

     **IT IS ORDERED** that Plaintiffs Motion to Continue Hearing (Dkt. #164) is **GRANTED**, and the hearing on Defendants' Motion to Exclude Evidence of Actual Damages (Dkt. #150) currently scheduled for March 27, 2014, at 11:00 a.m., shall be **VACATED** and **RESCHEDULED** for **April 22, 2014, at 11:00 a.m.**, in Courtroom 3B. The undersigned will advise Judge Mahan's chambers of the continuation of this hearing.

     Dated this 19th day of March, 2014.

                                                 Peggy A. Leen
                                                 United States Magistrate Judge