# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRADLEY STEPHEN COHEN, et al.,

　　　　　Plaintiff(s),

v.

ROSS B. HANSEN, et al.,

　　　　　Defendant(s).

2:12-CV-1401 JCM (PAL)

**ORDER**

Presently before the court is the matter of *Cohen, et al. v. Hansen, et al.*, case no. 2:12-cv-1401-JCM-PAL.

Defendants have filed a motion for summary judgment (doc. # 119) which is briefed and ripe for review. In the interim, however, the parties have been engaged in motion practice relating to issues of damages, which go directly to the viability of certain claims that are the subject of the motion for summary judgment. Accordingly, the court has been unable to address the motion.

Several weeks ago the magistrate judge held a hearing on defendants' motion to exclude evidence of plaintiffs' actual damages and thereafter issued an order. (Docs. # 177, 178). Plaintiffs have now filed simultaneous motions for clarification (doc. # 179) and for reconsideration (doc. # 180). These motions have triggered further briefing.

The pending motion for summary judgment will be denied without prejudice. The court will permit the motion to be revised and re-filed when the pending motions are resolved.

. . .

**James C. Mahan**
**U.S. District Judge**

1     Accordingly,

2     IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion for summary judgment (doc. # 119) be, and the same hereby is, DENIED without prejudice.

4     IT IS FURTHER ORDERED that plaintiffs' motion for a hearing on the summary judgment (doc. # 145) be, and the same hereby is, DENIED.

6     DATED May 22, 2014.

                                                                                              */s/ James C. Mahan*
                                                                                 **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -