Robert D. Mitchell (Arizona State Bar No. 011922), *admitted pro hac vice*
Sarah K. Deutsch (Arizona State Bar No. 026229), *admitted pro hac vice*
MITCHELL & ASSOCIATES, P.C.
1850 North Central Avenue, Suite 2030
Phoenix, Arizona 85004
Telephone: (602) 468-1411
Facsimile: (602) 468-1311
Email: robertmitchell@mitchell-attorneys.com
Email: sarahdeutsch@mitchell-attorneys.com

Anthony Michael Glassman (California State Bar No. 37934), *admitted pro hac vice*
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041
Email: amg@gbsjlaw.com

Richard Schonfeld (NSB No. 6815)
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Facsimile: (702) 598-1425
Email: rschonfeld@cslawoffice.net

Attorneys for Plaintiffs BRADLEY STEPHEN COHEN
and COHEN ASSET MANAGEMENT, INC.

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA – LAS VEGAS**

| | |
|---|---|
| BRADLEY STEPHEN COHEN, an individual; and COHEN ASSET MANAGEMENT, INC., a California corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROSS B. HANSEN, an individual; NORTHWEST TERRITORIAL MINT, LLC, a Washington limited liability company; and STEVEN EARL FIREBAUGH, an individual,<br><br>          Defendants. | Case No. 2:12-cv-01401-JCM-PAL<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO SUBPOENA DEPOSITION OF CHRIS C. KEENAN** |

Pursuant to Fed. R. Civ. P. 26, 30 and 45, Plaintiffs hereby move for leave to subpoena the deposition of Chris C. Keenan ("Keenan"). Since the deadline for discovery has closed, Plaintiffs are seeking the Court's leave to depose Keenan who resides in Minnesota.

Beginning in late February 2014, Plaintiff Bradley Stephen Cohen ("Cohen"), as the President and Chief Executive Officer of Plaintiff Cohen Asset Management, Inc. ("CAM"), began discussing a joint venture arrangement with Olympus Ventures, LLC ("Olympus"), whereby Olympus would fund the major equity portion of a new three building industrial real estate portfolio in Phoenix, Arizona. *See* Cohen Aff. (Doc. No. 169-1) at ¶¶ 1-4. On March 12, 2014, Keenan, the Senior Management of Real Estate Acquisitions for Olympus, advised Cohen that Olympus could not invest with a group that has a negative public cloud hanging above them, *i.e.*, Defendants' website. *See id.* at ¶ 5. Keenan advised Cohen that Olympus' investors wanted to invest discreetly and be kept out of the news, and that even if the Defendants' website had no validity whatsoever, Olympus was unwilling to move forward based on the appearance of alleged impropriety. *See id.* As a result, Olympus declined to invest between $10 to $15 million dollars with CAM solely due to Defendants' website. *See id.* at ¶ 6. Upon learning of this new evidence of additional damages that could not have been previously discovered, Plaintiffs promptly disclosed the damages to Defendants and the Court. *See* Doc. No. 169.

Since then, Plaintiffs have learned Keenan does not wish to cooperate as a witness and appear at the trial in Nevada. While the time for discovery has closed, this is new evidence that Plaintiffs could not have been aware of prior to the close of discovery, and there is no delay in this matter since no trial has been set and the Court has indicated it will give Defendants additional time to file dispositive motions. *See* Doc. No. 113, 130 & 181. Moreover, the Court contemplated such new evidence may result when it ordered Defendants to disclose the monthly Google Analytics reports and comments to Plaintiffs showing who had visited and

commented on Defendants' active website. *See* Doc. No. 117.

Accordingly, Plaintiffs respectfully request the Court grant them leave to subpoena the deposition of Keenan so that his testimony may be used at trial, as permitted by Fed. R. Civ. P. 32, to provide evidence of Plaintiffs' damages.

DATED this 11th day of June, 2014.

                              MITCHELL & ASSOCIATES, P.C.

                By   /s/ Robert D. Mitchell
                     ROBERT D. MITCHELL
                     Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on June 11, 2014, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Robert D. Mitchell