1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

BRADLEY STEPHEN COHEN, et al.

Case No. 2:12-cv-01401-JCM-PAL

8

Plaintiffs,

ORDER

9

v.

(Mot to File – Dkt. #203)

ROSS B. HANSEN, et al.,

10
11

Defendants.

12    Before the court is Defendants' Motion for Permission to File an Over-Length Motion for

13 Summary Judgment (Dkt. #203).  Having reviewed the Motion, Concise Statement of Material

14 Facts in Support (Dkt. #204) and Declaration of Dean G.von Kallenbach (Dkt. #206) the court is

15 not persuaded the motion could not have been addressed within the page limitation established

16 by the local rules.  However, to avoid any further delay in resolving the matter on the merits,

17    **IT IS ORDERED** that Defendants' Motion for Permission to File Over-Length Motion

18 for Summary Judgment (Dkt. #203) is **GRANTED** and shall be filed by Defendants forthwith.

19    DATED this 23rd day of December, 2014.

20
21

PEGGY A. LEEN

22

UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

1