# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY STEPHEN COHEN, an individual; and COHEN ASSET MANAGEMENT, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS B. HANSEN, an individual; NORTHWEST TERRITORIAL MINT, LLC, a Washington limited liability company; and STEVEN EARL FIREBAUGH, an individual,<br><br>Defendants. | Case No. 2:12-cv-01401-JCM-PAL<br><br>**JUDGMENT ON JURY VERDICT** |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its unanimous verdict in favor of Plaintiffs and against Defendants.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered as follows:

In favor of Plaintiff Bradley S. Cohen and against Defendant Ross B. Hansen on Plaintiff Bradley S. Cohen's defamation *per se* claim in the amount of $7,000,000.00 in compensatory damages and $500,000.00 in punitive damages. The above finding of liability for damages was based upon conduct of the aforementioned Defendant amounting to fraud, oppression and malice.

In favor of Plaintiff Bradley S. Cohen and against Defendant Northwest Territorial Mint, LLC on Plaintiff Bradley S. Cohen's defamation *per se* claim in the amount of $3,000,000.00 in compensatory damages and $500,000.00 in punitive damages. The above finding of liability for damages was based upon conduct of the aforementioned Defendant amounting to fraud, oppression and malice.

In favor of Plaintiff Bradley S. Cohen and against Defendant Steven Earl Firebaugh on Plaintiff Bradley S. Cohen's defamation *per se* claim in the amount of $100,000.00 in compensatory damages and $0.00 in punitive damages. The above finding of liability for damages was based upon conduct of the aforementioned Defendant amounting to fraud, oppression and malice.

In favor of Plaintiff Cohen Asset Management, Inc. and against Defendant Ross B. Hansen on Plaintiff Cohen Asset Management, Inc.'s defamation *per se* claim in the amount of $10,000,000.00 in compensatory damages and $500,000.00 in punitive damages. The above finding of liability for damages was based upon conduct of the aforementioned Defendant amounting to fraud, oppression and malice.

In favor of Plaintiff Cohen Asset Management, Inc. and against Defendant Northwest Territorial Mint, LLC on Plaintiff Cohen Asset Management, Inc.'s defamation *per se* claim in the amount of $5,000,000.00 in compensatory damages and $500,000.00 in punitive damages. The above finding of liability for damages was based upon conduct of the aforementioned Defendant amounting to fraud, oppression and malice.

In favor of Plaintiff Cohen Asset Management, Inc. and against Defendant Steven Earl Firebaugh on Plaintiff Cohen Asset Management, Inc.'s defamation *per se* claim in the amount of $100,000.00 in compensatory damages and $0.00 in punitive damages. The above finding of liability for damages was based upon conduct of the aforementioned Defendant amounting to fraud, oppression and malice.

In favor of Plaintiff Bradley S. Cohen and against Defendant Ross B. Hansen on Plaintiff Bradley S. Cohen's false light invasion of privacy claim in the amount of $7,000,000.00 in compensatory damages and $500,000.00 in punitive damages. The above finding of liability for damages was based upon conduct of the aforementioned Defendant amounting to fraud, oppression and malice.

In favor of Plaintiff Bradley S. Cohen and against Defendant Northwest Territorial Mint, LLC on Plaintiff Bradley S. Cohen's false light invasion of privacy claim in the amount of $3,000,000.00 in compensatory damages and $500,000.00 in punitive damages. The above finding of liability for damages was based upon conduct of the aforementioned Defendant amounting to fraud, oppression and malice.

In favor of Plaintiff Bradley S. Cohen and against Defendant Steven Earl Firebaugh in the amount of $100,000.00 in compensatory damages and $0.00 in punitive damages. The above finding of liability for damages was based upon conduct of the aforementioned Defendant amounting to fraud, oppression and malice.

Pursuant to 28 U.S.C. § 1961, the aforementioned awards of compensatory and punitive damages shall each draw interest from the time of the entry of this Judgment on Jury Verdict until satisfied in full at the rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the Judgment on Jury Verdict (0.56%), with interest computed daily to the date of payment except as provided in 31 U.S.C. § 1304(b), and compounded annually.

DATED March 1, 2016.

_____
Honorable James C. Mahan
United States District Judge

3
JUDGMENT ON JURY VERDICT