UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRADLEY STEPHEN COHEN, et al., | Case No. 2:12-CV-1401 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| ROSS B. HANSEN, et al., | |
| Defendant(s). | |

Based upon the jury verdict in this case (doc. ## 325, 327) and plaintiffs Bradley Stephen Cohen and Cohen Asset Management, Inc.'s motion for permanent injunction (doc. # 329), and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs Bradley Stephen Cohen and Cohen Asset Management, Inc.'s motion for permanent injunction (doc. # 329) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that defendants Ross. B. Hansen, Northwest Territorial Mint, LLC, and Steven Earl Firebaugh are enjoined from republishing the false and defamatory statements on the websites www.bradley-cohen.com and www.bradleyscohen.com.

IT IS FURTHER ORDERED that defendants Ross. B. Hansen, Northwest Territorial Mint, LLC, and Steven Earl Firebaugh shall forthwith take down the remaining website at www.bradleyscohen.com and assign the domain names for the websites www.bradley-cohen.com and www.bradleyscohen.com to plaintiff Bradley Stephen Cohen.

DATED March 1, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**