Jeremy J. Nork, Esq. (SBN 4017)
jnork@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone:  (775) 327-3000
Facsimile:  (775) 786-6179

*Attorneys for Plaintiffs Bradley Stephen Cohen
and Cohen Asset Management, Inc.*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY STEPHEN COHEN, AN INDIVIDUAL; and COHEN ASSET MANAGEMENT, INC., a California corporation,<br><br>          Plaintiffs,<br><br>vs.<br><br>ROSS B. HANSEN, an individual; NORTHWEST TERRITORIAL MINT, LLC, a Washington limited liability company; and STEVEN EARL FIREBAUGH, an individual,<br><br>          Defendants. | CASE NO.:  2:12-cv-01401-JCM-PAL<br><br>**CHARGING ORDER TO MEDALLIC ART COMPANY LLC** |

        THIS COURT, having considered Plaintiffs/Judgment Creditors Bradley Stephen Cohen and Cohen Asset Management, Inc.'s (Cohen) Application for Charging Order, and for good cause appearing, this Court finds as follows:

        1.       Judgment on Jury Verdict was entered on March 1, 2016 in favor of Cohen and against Defendants/Judgment Debtors Ross B. Hansen, Northwest Territorial Mint, LLC and Steven Earl Firebaugh as follows:

/ / /

/ / /

/ / /

/ / /

1

| Judgment Amount | In Favor of | Against |
|---|---|---|
| $7,000,000.00 | Bradley S. Cohen | Ross B. Hansen |
| $500,000.00 | Bradley S. Cohen | Ross B. Hansen |
| $3,000,000.00 | Bradley S. Cohen | Northwest Territorial Mint, LLC |
| $500,000.00 | Bradley S. Cohen | Northwest Territorial Mint, LLC |
| $100,000.00 | Bradley S. Cohen | Steven Earl Firebaugh |
| $10,000,000.00 | Cohen Asset Management | Ross B. Hansen |
| $500,000.00 | Cohen Asset Management | Ross B. Hansen |
| $5,000,000.00 | Cohen Asset Management | Northwest Territorial Mint, LLC |
| $500,000.00 | Cohen Asset Management | Northwest Territorial Mint, LLC |
| $100,000.00 | Cohen Asset Management | Steven Earl Firebaugh |
| $7,000,000.00 | Bradley S. Cohen | Ross B. Hansen |
| $500,000.00 | Bradley S. Cohen | Ross B. Hansen |
| $3,000,000.00 | Bradley S. Cohen | Northwest Territorial Mint, LLC |
| $500,000.00 | Bradley S. Cohen | Northwest Territorial Mint, LLC |
| $100,000.00 | Bradley S. Cohen | Steven Earl Firebaugh |
| **$38,300,000.00** | | |

2.    To date no payments have been made on the Judgment.

3.    As of April 16, 2016, the amount of the Judgment still due and owing is as follows:

| Judgment Amount | Interest from 03/01/16 - 04/15/16 | Total Amount Due | In Favor of | Against |
|---|---|---|---|---|
| $7,000,000.00 | $4,940.27 | $7,004,940.27 | Bradley S. Cohen | Ross B. Hansen |
| $500,000.00 | $352.88 | $500,352.88 | Bradley S. Cohen | Ross B. Hansen |
| $3,000,000.00 | $2,117.26 | $3,002,117.26 | Bradley S. Cohen | Northwest Territorial Mint, LLC |
| $500,000.00 | $352.88 | $500,352.88 | Bradley S. Cohen | Northwest Territorial Mint, LLC |
| $100,000.00 | $70.58 | $100,070.58 | Bradley S. Cohen | Steven Earl Firebaugh |
| $10,000,000.00 | $7,057.53 | $10,007,057.53 | Cohen Asset Mgmt | Ross B. Hansen |
| $500,000.00 | $352.88 | $500,352.88 | Cohen Asset Mgmt | Ross B. Hansen |
| $5,000,000.00 | $3,528.77 | $5,003,528.77 | Cohen Asset Mgmt | Northwest Territorial Mint, LLC |
| $500,000.00 | $352.88 | $500,352.88 | Cohen Asset Mgmt | Northwest Territorial Mint, LLC |
| $100,000.00 | $70.58 | $100,070.80 | Cohen Asset Mgmt | Steven Earl Firebaugh |
| $7,000,000.00 | $4,940.27 | $7,004,940.27 | Bradley S. Cohen | Ross B. Hansen |
| $500,000.00 | $352.88 | $500,352.88 | Bradley S. Cohen | Ross B. Hansen |
| $3,000,000.00 | $2,117.26 | $3,002,117.26 | Bradley S. Cohen | Northwest Territorial Mint, LLC |
| $500,000.00 | $352.88 | $500,352.88 | Bradley S. Cohen | Northwest Territorial Mint, LLC |
| $100,000.00 | $70.58 | $100,070.58 | Bradley S. Cohen | Steven Earl Firebaugh |
| **Total Due** | | **$38,327,030.60** | | |

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

IT IS HEREBY ORDERED that any membership interest in Medallic Art Company LLC held by Judgment Debtor Ross B. Hansen is hereby charged with the payment of the unsatisfied amount as set forth above.

IT IS FURTHER HEREBY ORDERED that all economic distributions to be directed to Judgment Debtor shall now be directed to Judgment Creditors, until Judgment Debtor's judgment amounts, including interest, are paid in full.

DATED this 26th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511