Jeremy J. Nork, Esq. (SBN 4017)
jnork@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorneys for Plaintiffs Bradley Stephen Cohen
and Cohen Asset Management, Inc.*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY STEPHEN COHEN, AN INDIVIDUAL; and COHEN ASSET MANAGEMENT, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSS B. HANSEN, an individual; NORTHWEST TERRITORIAL MINT, LLC, a Washington limited liability company; and STEVEN EARL FIREBAUGH, an individual,<br><br>Defendants. | CASE NO.: 2:12-cv-01401-JCM-PAL<br><br>**ORDER SETTING JUDGMENT DEBTOR EXAM OF STEVEN EARL FIREBAUGH** |

It appearing to the Court by the Application For Order Setting Judgment Debtor Exam Of Steven Earl Firebaugh that Judgment was entered against Defendant Steven Earl Firebaugh in this case on March 1, 2016, and good cause otherwise appearing,

IT IS HEREBY ORDERED that Steven Earl Firebaugh appear at the Douglas County Courthouse, 1625 Eighth Street, Minden, Nevada, Dept. 1, on August 2, 2016, at 10:00 a.m., and on such further days to testify under oath concerning his assets. Steven Earl Firebaugh is forbidden in the meantime from disposing of any property not exempt from execution.

IT IS FURTHER ORDERED that Steven Earl Firebaugh produce and that Plaintiffs/Judgment Creditors receive no later than July 26, 2016, all documents or information

relating to his assets and liabilities, including, but not limited to, the documents and information requested in **Exhibit 1.**

Proof of service on Steven Earl Firebaugh of this Order shall be filed with this Court prior to the scheduled examination. Service of this Order may be completed by delivering a copy of the Order to Steven Earl Firebaugh or by leaving a copy at his dwelling or usual place of abode with someone of suitable age and discretion who resides there. Should Plaintiffs be unable to serve this Order on Steven Earl Firebaugh, it shall notify this Court of that fact by filing a notice with the Court.

Failure to appear at the time and place stated above may subject Steven Earl Firebaugh to punishment for contempt of court.

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: July 13, 2016

**HOLLAND & HART LLP**
**5441 KIETZKE LANE**
**SECOND FLOOR**
**RENO, NV 89511**

2

# EXHIBIT 1

# EXHIBIT 1

# LIST OF DOCUMENTS AND THINGS TO BE PRODUCED BY STEVEN EARL FIREBAUGH

1. Copies of your Federal Income Tax returns for the two years preceding the date of this Order, together with all Form W-2s, Form 1099s, or any other documents (including paycheck stubs) evidencing income you earned or received during the two years preceding the date of this Order.

2. Copies of any quarterly estimates of Federal Income Tax filed by you for this year, and the year preceding this order.

3. Bank statements on all checking accounts belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

4. Canceled checks written upon any account stated in Paragraph 3 above, for two years preceding the date of this order.

5. Bank statements on all savings accounts belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

6. All savings, deposit books covering any accounts stated in Paragraph 5 above, for two years preceding the date of this order.

7. Statements covering any savings accounts held in saving or loan associations or similar associations belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

8. All savings, deposit books covering any accounts stated in Paragraph 7 above, for two years preceding the date of this order.

9. A list of all documents or items contained in all safe deposit boxes whether privately maintained or in any bank or savings and loan or similar association belonging to you or in which you have or have had an interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order and all documents relating to that safe deposit box.

10. Evidence of any and all stocks and bonds belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

11. All evidence of investment or retirement accounts, including but not limited to certificate of deposits, mutual funds, brokerage accounts, IRA's, 401K, Keogh accounts, REIT accounts, etc.

12. All statements covering any account referenced in Paragraph 11 above for two years preceding this order.

13. All evidence of any and all notes, contracts, negotiable instruments, receivables, accounts receivables, whether due or not, belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

14. All fire, burglary and extended coverage insurance policies now in force upon any real estate or personal property (including copies of insurance inventories) owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

15. All titles, deeds or contracts of sale upon real property owned, purchased or being purchased or sold, which you own or have had any interest in whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

16. A list of any encumbrances attaching to real property owned, purchased or being purchased or sold, which you own or have had any interest in whatsoever either alone or jointly with any other person or persons for two years preceding that date of this order. This request shall include the legal description of the property amount of encumbrance, name and address of beneficiary, name and address of trustee, if any, and date of recording.

17. All real or personal property assessment notices received by you within two years preceding the date of this order from any taxing agency, state or federal, whatsoever.

18. All titles, bills of sale, or contracts of sale upon personal property including, but not limited to, automobiles, boats, household goods, miscellaneous furniture and fixtures belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

19. A complete inventory of all items of personal property owned by you of any nature whatsoever including automobiles (including the license plate number, and vehicle identification number), boats, household fixtures, furnishings, appliances and clothing, whether paid for or not. If the personal property is not in your possession and in the possession of another person, designate the name and address of the person having possession of the property.

20. All automobile or personal property casualty or collision or all-risk insurance policies presently owned by you.

21. All evidence of mining claims, patents, or development work owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

22. All evidence of any source of income and/or employment which you have received for two years preceding the date of this order or which you expect to receive in the future, together with copies of all contracts, work orders, employment agreements, payment records, partnership or corporate documents, or otherwise, relating to each source of income.

23. All documents which represent any trademark, trade name, copyright, or patent in which judgment debtor has an interest.

24. Any financial statements submitted by you to any financial or lending institution, governmental authority.

25. A list of all creditors, together with all information concerning said creditor, including, creditor's address, telephone number, amount owed, date debt was incurred, methods of payment, balance owing and whether account is current.

26. For the prior two years, a list of all persons who are indebted to you and upon whom you may have a claim or interest together with all information concerning said debtor, including debtors address, telephone number, amount owed, date debt was or will be incurred, method of payment, balance owing and nature of debt.

27. All evidence of any and all partnership agreements or any other business entity in which you have had any interest whatsoever for two years preceding the date of this order.