1 Robert D. Mitchell (Arizona State Bar No. 011922), *admitted pro hac vice*
2 Sarah K. Deutsch (Arizona State Bar No. 026229), *admitted pro hac vice*
   TIFFANY & BOSCO, P.A.
   Camelback Esplanade II, Seventh Floor
3 2525 East Camelback Road
   Phoenix, Arizona 85016-4229
4 Telephone (602) 255-6000
   Fax (602) 255-0103
5 E-mails: rdm@tblaw.com; skd@tblaw.com

6 Anthony Michael Glassman (California State Bar No. 37934), *admitted pro hac vice*
   GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
7 360 North Bedford Drive, Suite 204
   Beverly Hills, California 90210-5157
8 Telephone: (310) 278-5100
   Facsimile: (310) 271-6041
9 Email: amg@gbsjlaw.com

10 Richard Schonfeld (NSB No. 6815)
   CHESNOFF & SCHONFELD
11 520 South Fourth Street
   Las Vegas, Nevada 89101
12 Telephone: (702) 384-5563
   Facsimile: (702) 598-1425
13 Email: rschonfeld@cslawoffice.net

14 Attorneys for Plaintiffs BRADLEY STEPHEN COHEN
   and COHEN ASSET MANAGEMENT, INC.

15

## UNITED STATES DISTRICT COURT

16

## STATE OF NEVADA – LAS VEGAS

17

| | |
|---|---|
| BRADLEY STEPHEN COHEN, an individual; and COHEN ASSET MANAGEMENT, INC., a California corporation, | Case No. 2:12-cv-01401-JCM-PAL |
| | **CHARGING ORDER TO MEDALLIC ART CORPORATION** |
| Plaintiffs, | |
| v. | |
| ROSS B. HANSEN, an individual; NORTHWEST TERRITORIAL MINT, LLC, a Washington limited liability company; and STEVEN EARL FIREBAUGH, an individual, | |
| Defendants. | |

THIS COURT, having considered Plaintiffs/Judgment Creditors Bradley Stephen Cohen and Cohen Asset Management, Inc.'s Application for Charging Order, and for good cause appearing, this Court finds as follows:

1.     Judgment On Jury Verdict was entered on March 1, 2016 in favor of Plaintiffs/Judgment Creditors and against Defendant/Judgment Debtor Ross B. Hansen as follows:

| Judgment Amount | In Favor of | Against |
|---|---|---|
| $7,000,000.00 | Bradley S. Cohen | Ross B. Hansen |
| $500,000.00 | Bradley S. Cohen | Ross B. Hansen |
| $10,000,000.00 | Cohen Asset Mgmt | Ross B. Hansen |
| $500,000.00 | Cohen Asset Mgmt | Ross B. Hansen |
| $7,000,000.00 | Bradley S. Cohen | Ross B. Hansen |
| $500,000.00 | Bradley S. Cohen | Ross B. Hansen |
| **$25,500,000.00** | | |

2.     To date, no payments have been made by Defendant/Judgment Debtor Ross B. Hansen on the Judgment against him.

3.     As of September 7, 2016, the amount of the Judgment still due and owing against Defendant/Judgment Debtor Ross B. Hansen is as follows:

| Judgment Amount | Interest from 03/01/16 – 09/07/16 | Total Amount Due | In Favor of | Against |
|---|---|---|---|---|
| $7,000,000.00 | $20,405.48 | $7,020,405.48 | Bradley S. Cohen | Ross B. Hansen |
| $500,000.00 | $1,457.53 | $501,457.53 | Bradley S. Cohen | Ross B. Hansen |
| $10,000,000.00 | $29,150.68 | $10,029,150.68 | Cohen Asset Mgmt | Ross B. Hansen |
| $500,000.00 | $1,457.53 | $501,457.53 | Cohen Asset Mgmt | Ross B. Hansen |
| $7,000,000.00 | $20,405.48 | $7,020,405.48 | Bradley S. Cohen | Ross B. Hansen |
| $500,000.00 | $1,457.53 | $501,457.53 | Bradley S. Cohen | Ross B. Hansen |
| Total Due | | $25,574,334.23 | | |

IT IS HEREBY ORDERED that any and all stock in Medallic Art Corporation held by Defendant/Judgment Debtor Ross B. Hansen is hereby charged with the payment of the unsatisfied amount of the Judgment as set forth above.

IT IS FURTHER HEREBY ORDERED that all economic distributions to be directed to Defendant/Judgment Debtor Ross B. Hansen now be directed to Plaintiffs/Judgment Creditors, unless and until Defendant/Judgment Debtor Ross B. Hansen's Judgment amounts, including interest, are paid in full.

DATED October 31, 2016.

_____
UNITED STATES DISTRICT JUDGE

CHARGING ORDER TO MEDALLIC ART CORPORATION